UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ELOY ROJAS MAMANI, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE,<br><br>Defendant. | Case No. 08-21063-Civ-(JORDAN) |
| ELOY ROJAS MAMANI, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSÉ CARLOS SÁNCHEZ BERZAÍN,<br><br>Defendant. | Case No. 07-22459-Civ-(JORDAN/MCALILEY) |

## ORDER GRANTING JOINT MOTION FOR CROSS-ADMISSION FOR LIMITED APPEARANCE AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Joint Motion for Cross-Admission for Limited Appearance of all attorneys granted admission for limited appearance in Case No. 07-22459, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Meredith L. Bentley, Jeremy F. Bollinger, James L. Cavallaro, Judith Brown Chomsky, Tyler R. Giannini, David Rudovsky, Steven H. Schulman, Michael C. Small, and John L. Van Sickle on behalf of plaintiffs, and Gregory B.

Craig, Alan M. Dershowitz, Jack Landman Goldsmith III, Howard W. Gutman, and Ana C. Reyes on behalf of defendant Gonzalo Sánchez de Lozada, in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Joint Motion for Cross-Admission for Limited Appearance and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Meredith L. Bentley, Jeremy F. Bollinger, James L. Cavallaro, Judith Brown Chomsky, Tyler R. Giannini, David Rudovsky, Steven H. Schulman, Michael C. Small, and John L. Van Sickle are granted to appear and participate in Case No. 08-21063 on behalf of Plaintiffs Eloy Rojas Mamani, Etelvina Ramos Mamani, Sonia Espejo Villalobos, Hernán Apaza Cutipa, Juan Patricio Quispe Mamani, Teófilo Baltazar Cerro, Juana Valencia de Carvajal, Hermógenes Bernabé Callizaya, Gonzalo Mamani Aguilar, and Felicidad Rosa Huanca Quispe. Gregory B. Craig, Alan M. Dershowitz, Jack Landman Goldsmith III, Howard W. Gutman, and Ana C. Reyes are granted to appear and participate in this action on behalf of defendant Gonzalo Sánchez de Lozada in Case No. 08-21063. The Clerk shall provide electronic notification of all electronic filings to counsel at the email addresses provided in Case No. 07-22459.

DONE AND ORDERED in Chambers at Miami, Florida this ___3rd___ day of ___June 2008___.

_____
United States District Judge

Copies furnished to:
All Counsel of Record