# EXHIBIT A

[source: erbol Digital Educación Radiofónica de Bolivia – www.erbol.com.bo]

## 42 victims of the 2003 massacre demand Bs 14 million in compensation from Goni

**Monday, June 9, 2014 – 7:19 PM**

42 victims of the October Massacre are asking the Bolivian courts to force Gonzalo Sánchez de Lozada and his collaborators to compensate 14 million Bolivians for the injuries they suffered during the days of protest in 2003, according to the victims' attorney, Marco Antonio Araníbar.

 "We have filed a complaint with the Bolivian courts, in the Fourth Circuit Civil Court in the city of La Paz, in order to get this compensation," the attorney stated.

Araníbar explained that the complaint is included in a proceeding that is different from the one being conducted against Goni in the United States, where [nine other victims succeeded in having a Federal Court permit the trial of the former president for human rights violations](#).

The request for compensation is the result of a [2011 decision issued by the Supreme Court of Justice](#), in which the five generals and two ministers (Erick Reyes Villa and Adalberto Kuajara) were sentenced in a malfeasance trial on charges of genocide. In the same proceedings, Goni, Carlos Sánchez Berzaín and the ministers who were not in the country at that time were declared in default.

The attorney for the 42 victims declared that the Code of Criminal Procedure permits the demand for compensation for damages from persons declared in default.

The case being heard by the La Paz Court was filed in April of last year; however, the attorney stated that Sánchez de Lozada's defense engaged in "legal chicanery" to slow down the proceedings.   At the same time, the motions brought by Goni were rejected and now the victims must provide notice of the proceedings to the former head of government in the United States by means of the Foreign Ministry.

Araníbar stated that it would be the victims themselves who would pay the costs of the notice.

http://www.erbol.com.bo/noticia/seguridad/09062014/42_victimas_exigen_goni_bs14mm_de_resarcimiento

**Goni's Assets**

The attorney claimed that there are 42 assets in the country that belong to Sánchez de Lozada and were preventatively recorded, although he does not know if they are in the custody of some individual.

He added that, in due time, he will ask that the experts conduct an appraisal of the value of these assets so that they may be auctioned in order to cover the compensation.

http://www.erbol.com.bo/noticia/seguridad/09062014/42_victimas_exigen_goni_bs14mm_de_resarcimiento

[source: erbol Digital Educacion Radiofónica de Bolivia – www.erbol.com.bo]

## 42 victimas de masacre de 2003 exigen a Goni Bs 14 MM de resarcimiento

**Lunes, Junio 9, 2014 - 19:17**

42 víctimas de la Masacre de Octubre piden que la justicia boliviana obligue a Gonzalo Sánchez de Lozada y sus colaboradores a resarcir 14 millones de bolivianos por el daño que sufrieron durante las jornadas de protesta de 2003, señaló el abogado de los afectados Marco Antonio Araníbar.

"Nosotros hemos iniciado una demanda en la justicia boliviana, que está radicada en el Juzgado 4º de Partido en lo Civil de la ciudad de La Paz, a efecto que haya ese resarcimiento", indicó el jurista.

Araníbar explicó que esta demanda se enmarca en un proceso distinto al que se lleva adelante contra Goni en Estados Unidos, donde otras [nueve víctimas lograron que un Juzgado Federal permita enjuiciar al expresidente por violaciones a los derechos humanos.](#)

Este pedido de resarcimiento nace de una [resolución emitida en 2011 por la Corte Suprema de Justicia](#), mediante la cual cinco generales y dos ministros (Erick Reyes Villa y Adalberto Kuajara) fueron sentenciados en un juicio de responsabilidades por lo cargos de genocidio. En este mismo proceso, se declaró en rebeldía a Goni, Carlos Sánchez Berzaín y los ministros que no se encontraban en el país.

El abogado de las 42 víctimas afirmó que el Código de Procedimiento Penal permite que se pueda exigir el resarcimiento de daños a personas declaradas rebeldes.

La demanda ante el Juzgado paceño se presentó en abril del año pasado, sin embargo, el jurista manifestó que la defensa de Sánchez de Lozada incurrió en "chicanas" jurídicas para retardar el proceso. Pero igualmente, los incidentes planteados por Goni fueron rechazados y ahora las víctimas deben notificar sobre los actuados al exmandatario en Estados Unidos a través de la Cancillería.

Para realizar la notificación, Araníbar aseveró que las mismas víctimas pagarán los gastos.

http://www.erbol.com.bo/noticia/seguridad/09062014/42_victimas_exigen_goni_bs14mm_de_resarcimiento

**Bienes de Goni**

El abogado sostuvo que existen 42 bienes de Sánchez de Lozada que fueron anotados preventivamente en el país, aunque desconoce si están en custodia de alguna persona.

Agregó que, en su momento, pedirá que peritos se encarguen de cuantificar el valor de estos bienes para rematarlos y así cubrir el resarcimiento.

http://www.erbol.com.bo/noticia/seguridad/09062014/42_victimas_exigen_goni_bs14mm_de_resarcimiento



STATE OF NEW YORK   )
                    ) ss
COUNTY OF KINGS     )

## CERTIFICATE OF ACCURACY

I hereby certify that the attached is, to the best of my knowledge, ability and belief, a true and complete translation from Spanish to English of the article *42 victimas de masacre de 2003 exigen a Goni Bs 14 MM de resarcimiento*, appearing online at www.erbol.com.bo on Monday, June 9, 2014 at 7:19 PM.

Glenn Cain
President
Yndigo Translations

Subscribed and sworn to before me this  13  day of  June , 2014.

_____
Notary Public
My Commission Expires:

PETER K. JACOB
NOTARY PUBLIC, STATE OF NY
NO. 01JA5053666
QUALIFIED IN KINGS COUNTY
COMMISSION EXP: DEC. 26, 20 17