UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

Case Nos. 07-22459 & 08-21063 (COHN/SELTZER)

| | |
|---|---|
| ELOY ROJAS MAMANI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE, | ) ) |
| | ) |
| Defendant, | ) |
| | ) |
| | ) |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JOINT MOTION TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY
AND SUMMARY JUDGMENT BRIEFING**

On both August 9 and September 25, 2017, at the request of the parties, the Court granted limited extensions of the fact discovery deadline to allow the parties to take several depositions that they had been unable to schedule despite their best efforts. *See* Dkt. Nos. 288, 320. Due to the overlap of some of these fact depositions with the parties' exchange of expert reports on September 9 and rebuttal reports on October 9, and because of the inherent difficulties of scheduling dates during which the experts and all counsel are available, the parties have been unable to complete expert depositions by the close of expert discovery.

Accordingly, the parties respectfully seek leave of the Court to extend the expert discovery deadline from October 27, 2017 to December 15, 2017. The parties also request a

modest extension of the current November 17, 2017 summary judgment filing deadline. The parties propose that Defendants' motion for summary judgment be due on November 20, 2017.

The parties also acknowledge that given the scope of this case, Plaintiffs will require more than the two weeks previously allotted by the rules to file their opposition. The parties will confer on the length of time required after Defendants file, and Plaintiffs have reviewed, the motion for summary judgment.

**WHEREFORE,** the parties respectfully request that this Court grant an extension of time of the expert discovery deadline until December 15, 2017 and the dispositive motion deadline until November 20, 2017.

DATED this 27 day of October, 2017.

                                            Ira J. Kurzban
                                            KURZBAN WEINGER TETZELI
                                              AND PRATT P.A.
                                            Plaza 2650
                                            2650 SW 27th Avenue, 2nd Floor
                                            Miami, FL 33133
                                            Tel:  (305) 444-0060
                                            Fax: (305) 444-3503
                                            Email: ira@kkwtlaw.com

| | |
|---|---|
| Ira J. Kurzban<br>KURZBAN WEINGER TETZELI<br>   AND PRATT P.A.<br>Plaza 2650<br>2650 SW 27th Avenue, 2nd Floor<br>Miami, FL 33133<br>Tel:  (305) 444-0060<br>Fax: (305) 444-3503<br>Email: ira@kkwtlaw.com | Steven H. Schulman (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue NW<br>Washington, DC 20036<br>Tel:  (202) 887-4000<br>Fax: (202) 887-4288<br>E-mail: sschulman@akingump.com |
| Judith Brown Chomsky (*pro hac vice*)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Post Office Box 29726<br>Elkins Park, PA  19027<br>Tel:  (215) 782-8367 | Jennifer L. Woodson (*pro hac vice*)<br>Saurabh Sharad (*pro hac vice*)<br>Christine Doniak (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park |

| | |
|---|---|
| Fax:  (215) 782-8368<br>E-mail: judithchomsky@icloud.com | Bank of America Tower<br>New York, NY 10036-6745<br>Tel:  (212) 872-8061<br>Fax: (212) 872-1002<br>E-mail: jwoodson@akingump.com<br>E-mail: ssharad@akingump.com<br>E-mail: cdoniak@akingump.com |
| Beth Stephens (*pro hac vice*)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway<br>Seventh Floor<br>New York, NY 10012<br>Tel:  (212) 614-6431<br>Fax:  (212) 614-6499<br>E-mail: beth.stephens@rutgers.edu | Zak Franklin (*pro hac vice*)<br>Erica Abshez Moran (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067<br>Tel:  (310) 229-1000<br>Fax: (310) 229-1001<br>E-mail: zfranklin@akingump.com<br>E-mail: emoran@akingump.com |
| David Rudovsky (*pro hac vice*)<br>KAIRYS, RUDOVSKY, MESSING & FEINBERG LLP<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19016<br>Tel: (215) 925-4400<br>Fax: (215) 925-5365<br>E-mail: drudovsky@krlawphila.com | Rubén H. Muñoz (*pro hac vice*)<br>Jason Weil (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street<br>Suite 4100<br>Philadelphia, PA 19103-7013<br>Tel:  (215) 965-1200<br>Fax: (215) 965-1210<br>E-mail: rmunoz@akingump.com<br>E-mail: jweil@akingump.com |
| Tyler R. Giannini (*pro hac vice*)<br>Susan H. Farbstein (*pro hac vice*)<br>Thomas Becker (*pro hac vice*)<br>INTERNATIONAL HUMAN RIGHTS CLINIC, Human Rights Program<br>Harvard Law School<br>Pound Hall 401, 1563 Massachusetts Avenue<br>Cambridge, MA 02138<br>Tel: (617) 495-9362<br>Fax: (617) 495-9393<br>E-mail: giannini@law.harvard.edu<br>E-mail: sfarbstein@law.harvard.edu<br>E-mail: thomasbainbecker@gmail.com | Paul Hoffman<br>SCHONBRUN, SEPLOW, HARRIS & HOFFMAN, LLP<br>723 Ocean Front Walk<br>Venice, CA 90201<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040<br>E-mail: hoffpaul@aol.com |

*Counsel for Plaintiffs*

<u>/s/ Ana C. Reyes</u>
Stephen D. Raber (pro hac vice)
Ana C. Reyes (pro hac vice)
James E. Gillenwater (pro hac vice)
Suzanne M. Salgado (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (facsimile)
sraber@wc.com
areyes@wc.com
jgillenwater@wc.com
ssalgado@wc.com

Evan B. Berger (Fla. Bar No. 71749)
BECKER & POLIAKOFF P.A.
1 East Broward Blvd., Ste. 1800
Ft. Lauderdale, FL 33301
(954) 987-7550
(954) 985-4176 (facsimile)
eberger@bplegal.com

*Counsel for Defendants*