UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22459-CIV-COHN/SELTZER
CASE NO. 08-21063-CIV-COHN/SELTZER

ELOY ROJAS MAMANI, et al.,

     Plaintiffs,

v.

GONZALO DANIEL SANCHEZ DE LOZADA
SANCHEZ BUSTAMANTE,

     Defendant.
_____/

ELOY ROJAS MAMANI, et al.,

     Plaintiffs,

v.

JOSE CARLOS SANCHEZ BERZAIN,

     Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY AND SUMMARY JUDGMENT BRIEFING

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Extend Time to Complete Expert Discovery and Summary Judgment Briefing [DE 327 in Case No. 07-22459; DE 305 in Case No. 08-21063] ("Motion"). The Court has considered the Motion, the record in this case, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the Joint Motion to Extend Time to Complete Expert Discovery and Summary Judgment Briefing [DE 327 in Case No. 07-22459; DE 305 in Case No. 08-21063] is **GRANTED**. The expert discovery deadline shall be

extended until December 15, 2017 and the dispositive motion deadline shall be

extended until November 20, 2017.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 30th day of October, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF