UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM MINUTES

Before: The Honorable James I. Cohn 

Case Nos.: 07-22459-CIV-COHN/SELTZER; 08-21063-CIV-COHN/SELTZER

Date: 2/16/2018

Clerks: P. Jordan and E. Kay          Reporter: K. Shires

Title of Case No. 07-22459: Eloy Rojas Mamani, et al., v. José Carlos Sánchez Berzaín

Title of Case No. 08-21063: Eloy Rojas Mamani, et al., v. Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante

Counsel for Plaintiffs: Ilana Tabacinic (Akerman LLP); Paul L. Hoffman (Schonbrun Seplow Harris & Hoffman, LLP); Joseph L. Sorkin (Akin Gump Strauss Hauer & Feld LLP); Judith Brown Chomsky (Center for Constitutional Rights); Tyler R. Giannini and Susan H. Farbstein (International Human Rights Clinic, Harvard Law School)

Counsel for Defendants: Evan B. Berger (Becker & Poliakoff, P.A.); Stephen D. Raber, Ana C. Reyes, and James E. Gillenwater (Williams & Connolly LLP)

Type of Hearing: Status Conference

Result of Hearing: 1. The Court heard argument on Plaintiffs' Motion to Allow Testimony at Trial by Videoconference, or in the Alternative, to Allow Trial Depositions, and to Set Status Conference [DE 393 in No. 07-22459; DE 369 in No. 08-21063] ("Motion"). For the reasons stated in open Court and as detailed in a separate Order filed this date, Plaintiffs' Motion was GRANTED IN PART and DENIED IN PART.

2. The Court RESET Calendar Call for Thursday, March 1, 2018 at 1:30 p.m.

3. The deadline for the parties to file their pretrial stipulation was EXTENDED to Wednesday, February 28, 2018.  The Court GRANTED the parties' request to dispense with a statement of disputed facts in their pretrial stipulation.

4. The Court ORDERED Plaintiffs to provide to Defendants, on or before noon on Monday, February 19, 2018, all English translations made of testimony from the Trial of Responsibilities.

Time: 1 hour, 40 minutes (8:45 a.m. to 9:35 a.m.; 10:02 a.m. to 10:52 a.m.)