stipulation that will provide further guidelines on the use and admission of exhibits at trial. Such agreement will be documented separately. In setting forth objections to the respective exhibits, the parties have used the following codes to note the basis for such objections:

> A–Authenticity
>
> I–Contains inadmissible matter (mentions insurance, prior conviction, etc.)
>
> R–Relevancy
>
> H–Hearsay
>
> UP–Unduly prejudicial-probative value outweighed by undue prejudice
>
> P–Privileged
>
> T—Lacking English translation, Spanish original, and/or certificate of translation
>
> C—Cumulative

All exhibits have been pre-marked with each exhibit bearing a unique number. Plaintiffs' exhibits begin at number 1, and Defendants' exhibits begin at 1001.

## IX.   WITNESS LIST

11.   The witnesses listed below may be called at trial.

### a.   Plaintiffs' Witness List

*(1)   Witnesses Plaintiffs Expect to Present at Trial*

#2 — 1.   Eloy Rojas Mamani (Plaintiff) — 3/6

> c/o Akin Gump
> One Bryant Park
> New York, NY 10036

#1 — 2.   Etelvina Ramos Mamani (Plaintiff) — 3/6

> c/o Akin Gump
> One Bryant Park
> New York, NY 10036

#13 — 3.   Sonia Espejo Villalobos (Plaintiff) — 3/9

11

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

#17 — 4.    Hernán Apaza Cutipa (Plaintiff) — 3/9

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

#11 — 5.    Teófilo Baltazar Cerro (Plaintiff) — 3/8

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

#10 — 6.    Juana Valencia de Carvajal (Plaintiff) — 3/8

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

#19 — 7.    Gonzalo Mamani Aguilar (Plaintiff) — 3/12

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

#18 — 8.    Felicidad Rosa Huanca Quispe (Plaintiff) — 3/9

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

#28 — 9.    Victor Hugo Canelas Zannier (Third Party) — 3/14

        La Paz, Bolivia

#22 — 10.    Jose Limber Flores Limachi (Third Party) — 3/12

        La Paz, Bolivia

#29 — 11.    Juan Fernando del Granado Cosío (Third Party) — 3/15

        Bolivia

#9 — 12.    Ricardo Calla (Third Party) — 3/8

La Paz, Bolivia

#4 — 13.  Roberto Garcia Ortuño (Third Party) — 3/6

Bolivia

14.  Ron Davis (Third Party)

La Paz, Bolivia

#6 — 15.  Benjamin Smith (Third Party) — 3/7

c/o Sonoma State University
Stevenson Hall, 2054H
Rohnert Park, California 94928

#26 — 16.  Germán Rolando Loza Aguirre (Third Party) — 3/14

La Paz, Bolivia

#14 — 17.  Enrique Zabala Velasquez (Third Party) — 3/9

Bolivia

#27 — 18.  Agustín Sirpa Ortiz (Third Party) — 3/14

La Paz, Bolivia

19.  Roberto Mikael Aramayo Canazas (Third Party)

Bolivia

20.  Mateo Laura Canqui (Third Party)

Bolivia

#15 — 21.  Guzmán Apaza Cutipa (Third Party) — 3/9

El Alto, Bolivia

#20 — 22.  Wilson Gonzalo Sória Paz (Third Party) — 3/12

Santa Cruz, Bolivia

#3 — 23.  Daniel M. Goldstein (Expert) — 3/6

c/o Akin Gump
One Bryant Park

13

                New York, NY 10036

24. Carwil Bjork-James (Expert)

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

25. Allen Borrelli (Expert)

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

26. Joseph Gorin (Expert)

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

27. Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante (Defendant)

        c/o Williams & Connolly LLP
        725 12th Street NW
        Washington, D.C. 20005

\#25 — 28. José Carlos Sánchez Berzaín (Defendant) — 3/13

        c/o Williams & Connolly LLP
        725 12th Street NW
        Washington, D.C. 20005

(2) *Witnesses Plaintiffs May Call if the Need Arises*

1. Hermógenes Bernabé Callizaya (Plaintiff)

        c/o Akin Gump
        One Bryant Park
        New York, NY 10036

\#16 — 2. Beatriz Apaza Morales (Third Party) — 3/9

        El Alto, Bolivia

\#24 — 3. Ela Trinidad Ortega Tarifa (Third Party) — 3/13

        El Alto, Bolivia

    4.      Beatriz Bedoya (Third Party)

           Washington, D.C.

    5.      Paulino Luis Verastegui Palao (Expert)

           c/o Akin Gump
           One Bryant Park
           New York, NY 10036

    *(3)*    *Witnesses Presented by Prior Testimony*

12.    Plaintiffs intend to offer certain testimony by prior testimony designation. For those witnesses have already given prior testimony, Plaintiffs provide a list below of those witnesses who they may designate by prior testimony:

[handwritten: #23 —] 1. Marcelo Eulogio Antezana Ruiz (September 26, 2017) [handwritten: — 3/13]

    2. Jaime Aparicio (July 20, 2017)

    3. Beatriz Bedoya (June 13, 2017)

    4. Jorge Berindoague Alcocer (June 28, 2017, December 18, 2017)

    5. Jorge Botelo Monje (August 18, 2010)

    6. Javier Comboni (June 7, 2017)

    7. Jorge Mario Eastman (August 3, 2017)

[handwritten: #8 —] 8. Nelson Flores Sotomayor (July 13, 2017) [handwritten: — 3/8]

[handwritten: #12 —] 9. José Elias Harb Barrientos (April 26, 2010, August 11, 2017) [handwritten: — 3/8]

    10. Guido Meruvia Gutierrez (July 14, 2017)

    11. Maria Paula Muñoz Franco (May 12, 2010, July 11, 2017)

    12. Simon Rolando Ramirez Ustariz (September 27, 2017)

    13. Jairo Sanabria Gonzales (October 14, 2009)

    14. Luis Eduardo Siles (July 12, 2017)

    15. Fernando Uribe Encinas (August 18, 2010)

[handwritten: #30 —] 16. Juan Veliz Herrera (September 15, 2009) [handwritten: — 3/20]

13. Plaintiffs intend to offer the following witnesses' testimony by trial deposition:

1. Waldo Albarracín Sanchez (Third Party)
**#7**— 2. Luis Alfredo Castaño Romero (Third Party) — **3/7**
**#5**— 3. Edwin Aguilar Vargas (Third Party) — **3/7**
**#21**— 4. Juan Carlos Pari (Third Party) — **3/12**

b. **Defendants' Witness List**

*(1)   Defendants provide the following list of witnesses:*

| | Defense Witnesses | Will Call or May Call | Live or By Deposition | |
|---|---|---|---|---|
| **#3** → | Jorge Berindoague Alcocer | Will Call | Live or By Deposition | **3/21** |
| | Marcelo Eulogio Antezana Ruiz | Will Call | By Deposition | |
| **#10** → | Jaime Aparicio | Will Call | Live or By Deposition | **3/22** |
| | Beatriz Bedoya | Will Call | By Deposition | |
| **#7** → | Joye Carter | Will Call  EXPERT | Live | **3/22** |
| **#6** → | Javier Comboni | Will Call | Live or By Deposition | **3/21** |
| **#8** → | Jorge Mario Eastman | Will Call | By Deposition | **3/22** |
| | José Nelson Flores Sotomayor | Will Call | By Deposition | |
| **#9** → | David Fowler | Will Call  EXPERT | Live | **3/22** |
| | José Harb | Will Call | By Deposition | |
| **#11** → | David Katz | Will Call  EXPERT | Live | **3/23** |
| **#4** → | Guido Romulo Meruvia Gutierrez | Will Call | Live or By Deposition | **3/21** |
| **#1** → | Maria Paula Muñoz | Will Call | Live or By Deposition | **3/20** |
| | Simon Rolando Ramirez Ustariz | Will Call | By Deposition | |
| **#2** → | Gonzalo Sánchez de Lozada | Will Call | Live | **3/20** |
| | Carlos Sánchez Berzaín | Will Call | Live | |
| **#5** → | Luis Eduardo Siles Perez | Will Call | Live or By Deposition | **3/21** |
| | Gustavo Villafuerte | May Call | Trial of Responsibilities | |

X. **ESTIMATED TRIAL TIME**

14. Plaintiffs expect to need 2 weeks for their case in chief. Defendants estimate 2 weeks for their case.

16