COURT EX 1

## Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 1 | Supreme Decree No. 27209 | 2003.10.11 | DEF-0000070 |
| 2 | Death Certificate of Jacinto Bernabé Callizaya | 2003.10.14 | MAMANI0022654 |
| 3 | 9/20/03 Letter to General Rocabado from Sánchez de Lozada | 2003.09.20 | DEF-0000066 |
| 4 | Autopsy Record re Arturo Mamani Mamani | 2003.10.14 | MAMANI0002149T |
| 5 | Autopsy Report re Arturo Mamani Mamani | 2003.10.14 | MAMANI0002190T |
| 8 | Autopsy Report re Roxana Apaza Cutipa | 2003.10.13 | MAMANI0002452T |
| 9 | Death Certificate and Official Report on Death of Marlene Nancy Rojas Ramos | 2005.10.26 | MAMANI0002577T |
| 10 | Ballistics and Forensics Report re Marlene Nancy Rojas Ramos | 2006.06.05 | MAMANI0002599T |
| 11 | Ballistics and Forensic Report re Raúl Ramon Huanca Marquez | 2006.06.05 | MAMANI0002612T |
| 12 | Ballistics and Forensic Report re Roxana Apaza Cutipa | 2006.06.05 | MAMANI0002620T |
| 13 | Organic Law of the Armed Forces of Bolivia, No. 1405 | 1992.12.18 | MAMANI0009992 |
| 14 | Ballistics and Forensic Report re Jacinto Bernabé Callizaya | 2006.06.05 | MAMANI0015177T |
| 15 | Ballistics and Forensic Report re Lucio Santos Gandarillo Ayala | 2006.06.05 | MAMANI0017756T |
| 17 | Directive No. 33/03 | 2003.10.12 | MAMANI0000262 |
| 18 | Directive No. 34/03 | 2003.10.12 | MAMANI0000267 |
| 20 | Building where Teodosia Morales Mamani was shot | N/A | N/A |
| 21 | Bolivia Administrative Procedure Law dated April 23, 2002 | 2002.04.23 | N/A |
| 25 | Planimetric Photographs for Marcelino Carvajal Lucero | N/A | MAMANI0002372T |
| 33 | Map which shows a route from Sorata to Warisata | 2017.12.24 | N/A |
| 34 | Ballistics Report regarding Marlene Nancy Rojas Ramos from the Office of the Public Prosecutor of Bolivia | 2006.06.23 | MAMANI0002595T |
| 35 | Reconstructive Ballistics Report re Marlene Nancy Rojas Ramos from the Office of the Public Prosecutor of Bolivia | 2006.04.26 | MAMANI0023521T |
| 38 | Manual on the Use of Force issued by the Army of Bolivia | 2002.08.11 | MAMANI0000001 |
| 39 | Republic Plan issued by the Army of Bolivia | 2003.12.01 | MAMANI0000032 |
| 40 | Bolivian Constitution | 2002.08.08 | N/A |
| 42 | Presidential Decree 26757 | 2002.08.08 | N/A |
| 45 | Order from Sánchez de Lozada to General Robert Claros Flores dated October 11, 2003 | 2003.10.11 | DEF-0000195 |
| 51 | Ballistics Report re Marcelino Carvajal Lucero | 2006.06.23 | MAMANI0002342T |
| 52 | Ballistics Report re Marcelino Carvajal Lucero | 2006.06.05 | MAMANI0009274T |
| 53 | Ballistics Report re Lucio Santos Ayala | 2006.06.05 | MAMANI0009484T |

1

# Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 54 | Ballistics Report re Arturo Mamani Mamani | 2006.06.23 | MAMANI0002156T |
| 55 | Ballistics Report re Arturo Mamani Mamani | 2006.06.05 | MAMANI0009175T |
| 56 | Forensics Report re Arturo Mamani Mamani | N/A | MAMANI0009180T |
| 57 | Forensics Report re Arturo Mamani Mamani | N/A | MAMANI0002617T |
| 58 | Forensics Report re Jacinto Bernabé Callizaya | N/A | MAMANI0002675T |
| 59 | Ballistics Report re Teodosia Morales Mamani | 2006.06.05 | MAMANI0002628T |
| 61 | Autopsy Report re Marlene Nancy Rojas Ramos | 2003.02.22 | MAMANI0002388T |
| 62 | Autopsy Report re Marlene Nancy Rojas Ramos | 2003.09.24 | MAMANI0002389T |
| 64 | Autopsy Report re Roxana Apaza Cutipa | 2003.10.20 | MAMANI0002449T |
| 65 | Autopsy Clarification Report re Roxana Apaza Cutipa | 2003.10.27 | MAMANI0002450T |
| 66 | Prosecutor Diagram of wound path re Roxana Apaza Cutipa | N/A | MAMANI0002456T |
| 67 | Ballistics Report re Roxana Apaza Cutipa | 2006.04.26 | MAMANI0023495T |
| 73 | Autopsy Report re Marcelino Carvajal Lucero | 2003.10.25 | MAMANI0002340T |
| 74 | Autopsy Certificate and Report of Medical Examiner re Marcelino Carvajal Lucero | 2003.10.14 | MAMANI0023341T |
| 75 | Forensic Medical Report re Marcelino Carvajal Lucero | 2003.10.28 | MAMANI0002351T |
| 78 | Police Report after death re Lucio Santos Gandarillas Ayala | 2003.10.25 | MAMANI0008487T |
| 79 | Autopsy Report re Arturo Mamani Mamani | 2003.10.14 | MAMANI0002148T |
| 80 | Autopsy Report re Raúl Ramón Huanca Marquez | 2005.02.02 | MAMANI0002414T |
| 81 | Medical Examiner Report on Removal of Cadaver re Raúl Ramón Huanca Marquez | 2003.10.14 | MAMANI0002418T |
| 82 | Autopsy Report re Jacinto Bernabé Roque | 2003.10.21 | MAMANI0002250T |
| 83 | Autopsy Report for Teodosia Morales Mamani | 2003.10.14 | MAMANI0002557T |
| 85 | Planimetric Photographic Sample for Teodosia Morales Mamani | N/A | MAMANI0002572T |
| 87 | Maps of Zona Sur related to Raúl Ramón Huanca Marquez shooting location | 2003.06.00 | N/A |
| 92 | Photo of kiosk | N/A | MAMANI0023818 |
| 94 | Photo of Eloy Rojas Mamani | N/A | MAMANI0023835 |
| 97 | Photo of Rojas Mamani Home | N/A | MAMANI0023839 |
| 98 | Photo of Rojas Mamani Home | N/A | MAMANI0023840 |
| 99 | Photo of the photograph from Rojas Mamani home towards rocky hill | N/A | MAMANI0023841 |
| 100 | Photo of the photograph from Rojas Mamani home towards rocky hill | N/A | MAMANI0023842 |

2

# Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 102 | Photo of the location where Jacinto Bernabé Roque was shot | N/A | MAMANI0023903 |
| 103 | Photo of the location where Arturo Mamani Mamani was shot | N/A | MAMANI0023904 |
| 105 | Photo of Hernan Apaza Cutipa | N/A | MAMANI0024008 |
| 106 | Photo of Juana Valencia de Carvajal's house and the avenue (Juan Pablo II) | N/A | MAMANI0024022 |
| 107 | Photo of the window at which Marcelino Carvajal Lucero was shot, and view to avenue Juan Pablo II | N/A | MAMANI0024046 |
| 109 | Photo of Juana Valencia de Carvajal | N/A | MAMANI0024052 |
| 112 | Photo of Guzman Apaza Cutipa | N/A | MAMANI0024070 |
| 113 | Photo of Beatriz Apaza Morales | N/A | MAMANI0024074 |
| 116 | Photo of the view of avenue Juan Pablo II from the location of the shooting of Teodosia Morales Mamani | N/A | MAMANI0024089 |
| 133 | Representative Diagram of Lesions and Trajectory Produced by Firearm Projectiles re Teodosia Morales Mamani | | MAMANI0002567T |
| 136 | Photo of Wake 2 | N/A | N/A |
| 139 | Photo of view from Juan Carlo Pari's house with markings | N/A | N/A |
| 201 | Handwritten map drawn by Luis Alfredo Castaño Romero | N/A | N/A |
| 203 | Handwritten map drawn by Juan Carlos Pari | N/A | N/A |
| 204 | Photo of FAL rifle | N/A | N/A |
| 205 | Photo of Firearm | N/A | N/A |
| 300 | Photograph of Felicidad's Father, age 60 | N/A | N/A |
| 301 | Handwritten Drawing by Hernan Cutipa | 2018.03.09 | N/A |
| 302 | Google Earth Image, dated 2003 | 2003.00.00 | N/A |
| 302A | Google Earth Image, dated 2003 with Sirpa's marking | 2003.00.00 | N/A |
| 303 | Map of El Alto | N/A | N/A |
| 304 | Zoomed In Map of El Alto with Markings | N/A | N/A |
| 307 | Affidavit of SDL regarding his total assets | 2018.02.28 | N/A |
| 308 | Affidavit of SDL regarding COMSUR | 2018.03.13 | N/A |
| 309 | Stipulated Facts | 2018.03.19 | N/A |
| 311 | Google Earth Image of Hills with Markings (Redacted) | N/A | N/A |
| 312 | Sun in La Paz Spreadsheet | N/A | N/A |

# Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 314 | Katz Notes | N/A | DEF-0006307 |
| 315 | Photograph of man bending over with markings | N/A | N/A |
| 1001 | Organization of American States Rep. (May 2003) | 2003.05.00 | DEF-0000078 |
| 1002 | Three Prosecutors' Report | 2004.07.28 | DEF-0000453 |
| 1004 | Directive No. 27/03 | 2003.09.20 | MAMANI0000082 |
| 1006 | Supreme Decree No. 27210 | 2003.10.12 | DEF-0000629 |
| 1009 | Letter from Gonzalo Sánchez de Lozada to Members of the Federation of Trade Unions of El Alto, Oct. 12, 2003 | 2003.10.12 | DEF-0000529 |
| 1010 | Letter from Gonzalo Sánchez de Lozada to Members of the Regional Workers' Union of El Alto, Oct. 12, 2003 | 2003.10.12 | DEF-0000531 |
| 1011 | Letter from Gonzalo Sánchez de Lozada to Members of the Federation of Neighborhood Associations of El Alto, Oct. 12, 2003 | 2003.10.12 | DEF-0000533 |
| 1012 | Agreement To Bring Peace to the City of El Alto, Oct. 13, 2003 | 2003.10.13 | DEF-0000534 |
| 1015 | Letter from Office of the President of Bolivia to Felipe Quispe, Executive Secretary of the CSUTCB, Sept. 5, 2003 | 2003.09.05 | MAMANI0013802 |
| 1016 | Letter from Executive Committee of the CSUTCB to Gonzalo Sánchez de Lozada, Sept. 8, 2003 | 2003.09.08 | MAMANI0013803 |
| 1017 | Letter from Executive Committee of the CSUTCB to Gonzalo Sánchez de Lozada, Sept. 18, 2003 | 2003.09.18 | MAMANI0013805 |
| 1018 | Letter from Minister of Campesino Affairs to Felipe Quispe, Executive Secretary of the CSUTCB, Sept. 18, 2003 | 2003.09.18 | MAMANI0013806 |
| 1019 | Letter from Vice Minister of Campesino Affairs to Felipe Quispe, Executive Secretary of the CSUTCB, Sept. 18, 2003 | 2003.09.18 | MAMANI0013807 |
| 1020 | Letter from Minister of Campesino Affairs to Felipe Quispe, Executive Secretary of the CSUTCB, Sept. 19, 2003 | 2003.09.19 | MAMANI0013812 |
| 1021 | Letter from Minister of Campesino Affairs to Felipe Quispe, Executive Secretary of the CSUTCB, Sept. 22, 2003 | 2003.09.22 | MAMANI0013822 |
| 1022 | Letter from Minister of Campesino Affairs to Felipe Quispe, Executive Secretary of the CSUTCB, Oct. 1, 2003 | 2003.10.01 | MAMANI0013851 |
| 1023 | Letter from Minister of Campesino Affairs to Felipe Quispe, Executive Secretary of the CSUTCB, Oct. 7, 2003 | 2003.10.07 | MAMANI0013861 |
| 1025 | Bolivia Law No. 1551, Apr. 20, 1994 | 1994.04.20 | N/A |

4

## Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 1026 | Bolivia Law No. 1565, July 7, 1994 | 1994.07.07 | N/A |
| 1028 | Bolivia Law No. 2426, Nov. 21, 2002 | 2002.11.21 | N/A |
| 1029 | Bolivia Law No. 2427, Nov. 28, 2002 | 2002.11.28 | N/A |
| 1042 | Report from Major Carlos Coritza to Col. Wilge Obleas, Sept. 22, 2003 | 2003.09.22 | DEF-0000564 |
| 1056 | Report from DEAP Humberto Echalar Flores to DESP Rolando Viscarra Salazar, Sept. 22, 2003 | 2003.09.22 | DEF-0002586 |
| 1061 | Report from Second Lieutenant Javier Cuellar Chavez to DESP Miguel Ulloa Moreno | 2003.09.22 | DEF-000569 |
| 1072 | Letter from Gonzalo Sánchez de Lozada to Mr. Santiago Canton, Executive Secretary, Inter-American Commission on Human Rights, Jan. 5, 2004 | 2004.01.05 | DEF-0003265 |
| 1073 | Letter from Gonzalo Sánchez de Lozada to Mr. Bertrand Ramcharan, Acting High Commissioner of the United Nations for Human Rights, Jan. 5, 2004 | 2004.01.05 | DEF-0003296 |
| 1076 | Letter from General D. Gonzalo Rocabado Mercado to Gonzalo Sánchez de Lozada, Sept. 22, 2003 | 2003.09.22 | MAMANI0013821 |
| 1089 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 13, 2003 | 2003.10.13 | FOIA-041 |
| 1090 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 13, 2003 | 2003.10.13 | FOIA-047 |
| 1091 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 15, 2003 | 2003.10.15 | FOIA-053 |
| 1092 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 14, 2003 | 2003.10.14 | FOIA-057 |
| 1093 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 16, 2003 | 2003.10.16 | FOIA-062 |
| 1094 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 13, 2003 | 2003.10.13 | FOIA-119 |
| 1095 | Memorandum from Western Hemisphere Affairs to Secretary of State re: Bolivia: Social Unrest Threatens Government | 2003.10.14 | FOIA-144 |
| 1096 | U.S. State Department Cable from the U.S. Embassy in La Paz to Washington, D.C., Oct. 14, 2003 | 2003.10.14 | FOIA-181 |
| 1110 | Translation of National Police Instruction No. 17/2003 | 2003.10.31 | MAMANI0000096 |
| 1112 | Death Certificate issued by National Public Prosecutor's Office | 2003.09.18 | MAMANI0009580 |
| 1114 | Police Report from Officer Hilda Taraquino Triguero to Maj. Roberto Campos Tus | 2003.09.21 | MAMANI0009617 |

# Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 1115 | Ballistics Report, Sept. 29, 2003 | 2003.09.29 | MAMANI0009662 |
| 1120 | Police Report from Hernan Jaimes Justiniano to Mario Bacarreza Molina, Sept. 10, 2003 | 2003.10.09 | MAMANI0009735 |
| 1131 | Death Certificate issued by Public Prosecutor's Office | 2003.10.13 | MAMANI0009742 |
| 1133 | Police Report from Lieutenant Rene Tambo Morales to Maj. Roberto Campos | 2003.10.13 | MAMANI0020090 |
| 1136 | Death Certificate Issued by Public Prosecutor's Office | 2003.10.13 | MAMANI0020096 |
| 1137 | Autopsy Report | 2003.11.21 | DEF-0004241 |
| 1145A | Video of Truck Burning | 2003.10.13 | DEF-0004247 |
| 1147 | Video - Destruction to the road from El Alto to La Paz. | 2003.10.00 | DEF-0006234 |
| 1148 | Photograph - Picture from the street showing top third of wall and ceiling (Marcelino) | N/A | DEF-0006272 |
| 1149 | Photograph - View of the location of Marcelino's death from across the street | N/A | DEF-0006177 |
| 1150 | Photograph - Street View (Roxana) | N/A | DEF-0006181 |
| 1151 | Photograph - Marlene's home | N/A | DEF-0006230 |
| 1152 | Photograph - Marlene's home from 915 meters away | N/A | DEF-0006234 |
| 1153 | Photograph - Southern Zone Hills (Arturo) | N/A | DEF-0006272 |
| 1154 | Photograph - Ascent Photo (Arturo) | N/A | DEF-0006275 |
| 1155 | Photograph - Ascent Photo (Arturo) | N/A | DEF-0006277 |
| 1156 | Photograph - Ascent Photo (Arturo) | N/A | DEF-0006279 |
| 1157 | Photograph - Arturo's hill from the road (magnified) | N/A | DEF-0006283 |
| 1158 | Photograph - Arturo's hill from the road (without magnification) | N/A | DEF-0006285 |
| 1159 | Photograph - View to Arturo from Gonzalo's vantage point (magnified) | N/A | DEF-0006294 |
| 1160 | Photograph - View to Arturo from Gonzalo's vantage point (less magnified) | N/A | DEF-0006295 |
| 1161 | Photograph - View to Arturo from Gonzalo's vantage point (without magnification) | N/A | DEF-0006296 |
| 1162 | Photograph - View to Arturo from Gonzalo's vantage point (without magnification in grass) | N/A | DEF-0006305 |
| 1163 | Photograph - Hills behind Marlene's house | N/A | MAMANI0023837 |
| 1164 | Photograph - Zoomed in photo of pole on top of Huaichichuro (Arturo) | N/A | MAMANI0023873 |
| 1165 | Photograph - Sheer face of Huaichichuni (Gonzalo/Jacinto) from the road | N/A | MAMANI0023877 |
| 1166 | Photograph - Huaichichuni and Huaichichuro (Arturo) from road | N/A | MAMANI0023883 |
| 1166A | Photograph - Huaichichuni and Huaichichuro (Arturo) from road with markings | N/A | MAMANI0023883 |
| 1167 | Photograph - Unmagnified photo of top of Huaichichuro from below | N/A | MAMANI0023894 |
| 1168 | Photograph - Gonzalo's view of where Arturo was on Huachichuro | N/A | MAMANI0023920 |
| 1168A | Ex. 1168 with circle marking where Gonzalo's father was lying down | N/A | MAMANI0023920 |

6

## Trial Exhibit List

| Ex. | Description | Doc Date | BegBates English |
|---|---|---|---|
| 1169 | Photograph - Gonzalo hiding in straw | N/A | MAMANI0023923 |
| 1170 | Photograph - Ovejuyo (Raul) | N/A | MAMANI0023981 |
| 1171 | Photograph - Ovejuyo (Raul) | N/A | MAMANI0023982 |
| 1172 | Photograph - Hole in Teodosia's wall | N/A | MAMANI0024083 |
| 1173 | Photograph - Bullet hole with stick in Teodosia house | N/A | MAMANI0024086 |
| 1174 | Photograph - Bullet hole with stick in Teodosia house (zoomed in) | N/A | MAMANI0024087 |
| 1175 | Photograph - FAB-730 Helicopter | N/A | N/A |
| 1176 | Map - Path of a shot from Juan Pablo Avenue in El Alto to the residence of Roxana | N/A | N/A |
| 1177 | Photograph - The building where Teodosia was struck, with a red circle approximating where the bullet went through the wall | N/A | N/A |
| 1178 | Video - Drone footage (Hauichchuro) | N/A | N/A |
| 1179 | Video - Drone footage of the hill (Arturo) | N/A | N/A |
| 1179-A | Frame at 1:43 Mark | N/A | N/A |
| 1180 | Video - Drone footage from atop Huaichichuni (Jacinto) | N/A | N/A |
| 1181 | Video - Street level view from Avenue Juan Pablo II to the residence of Roxana | N/A | N/A |
| 1183 | Photograph of man bending over | N/A | N/A |
| 1189 | Photograph of Main St. Warisata in 2003 | 2003.00.00 | MAMANI0009607 |
| 1190 | Photograph of view from Juan Carlos Pari's House | 2003.00.01 | MAMANI0023989 |
| 1191 | Photograph from La República showing Soria Paz with Evo Morales | 2003.00.01 | N/A |

7