UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM MINUTES

Before: The Honorable James I. Cohn

Case Nos.: 07-22459-CIV-COHN/SELTZER; 08-21063-CIV-COHN/SELTZER

Date: 4/3/2018

Clerks: P. Jordan and E. Kay          Reporter: K. Shires

Title of Case No. 07-22459: Eloy Rojas Mamani, et al. v. José Carlos Sánchez Berzaín

Title of Case No. 08-21063: Eloy Rojas Mamani, et al. v. Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante

Counsel for Plaintiffs: Ilana Tabacinic (Akerman LLP); Paul L. Hoffman (Schonbrun Seplow Harris & Hoffman, LLP); Joseph L. Sorkin, Rubén H. Muñoz, and Jason Weil (Akin Gump Strauss Hauer & Feld LLP); Judith Brown Chomsky (Center for Constitutional Rights)

Counsel for Defendants: Evan B. Berger (Becker & Poliakoff, P.A.); Stephen D. Raber, Ana C. Reyes, James E. Gillenwater, Suzanne M. Salgado, Giselle Barcia, and Jean Ralph Fleurmont (Williams & Connolly LLP)

Type of Hearing: Jury Trial

Result of Hearing: Jury deliberations resume. Jury given Allen charge. Jury verdict for Plaintiffs. Court deferred entering judgment pending supplemental briefing on Defendants' Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50(a). Defendants' initial supplemental brief due April 11, 2018, Plaintiffs' response due April 26, 2018, and Defendants' reply due May 4, 2018.

Time: 6.5 hours