UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22459-CIV-COHN/SELTZER
CASE NO. 08-21063-CIV-COHN/SELTZER

ELOY ROJAS MAMANI, et al.,

      Plaintiffs,

v.

JOSÉ CARLOS SÁNCHEZ BERZAÍN,

      Defendant in No. 07-22459,

GONZALO DANIEL SÁNCHEZ DE
LOZADA SÁNCHEZ BUSTAMANTE,

      Defendant in No. 08-21063.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

**Plaintiffs Eloy Rojas Mamani and Etelvina Ramos Mamani**

    **A.**    **Extrajudicial Killing**

        1.  Do you find that Marlene Nancy Rojas Ramos's death was an extrajudicial killing by a Bolivian soldier?

        YES   __✓____        NO  _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

        2.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Marlene Nancy Rojas Ramos because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

1

YES __✓__                    NO _____

3. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Marlene Nancy Rojas Ramos because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____                  NO __✓__

4. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Marlene Nancy Rojas Ramos because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

YES _____                  NO __✓__

5. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Marlene Nancy Rojas Ramos because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

YES __✓__                    NO _____

6. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Marlene Nancy Rojas Ramos because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____                  NO __✓__

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Marlene Nancy Rojas Ramos because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

YES _____                  NO __✓__

**B.   Wrongful Death Under Bolivian Law**

8. Do you find that Marlene Nancy Rojas Ramos's death was a willful and intentional killing by a Bolivian soldier?

2

YES _____        NO \_\_✓\_\_\_

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Marlene Nancy Rojas Ramos as an instrument to intentionally kill her?

   YES _____        NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Marlene Nancy Rojas Ramos as an instrument to intentionally kill her?

    YES _____        NO _____

**C.   Compensatory Damages**

ONLY ANSWER THE QUESTIONS IN THIS SECTION IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-20 AND PROCEED TO THE NEXT PLAINTIFF.

11. What amount of damages do you determine is appropriate to compensate Plaintiff Eloy Rojas Mamani for the death of Marlene Nancy Rojas Ramos?

    Compensatory Damages:      $ 1,000,000.00 (USD)

12. What amount of damages do you determine is appropriate to compensate Plaintiff Etelvina Ramos Mamani for the death of Marlene Nancy Rojas Ramos?

    Compensatory Damages:      $ 1,500,000.00 (USD)

**D.   Punitive Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER THE QUESTIONS IN THIS SECTION IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

3

13. Do you find that Plaintiff Eloy Rojas Mamani should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Marlene Nancy Rojas Ramos?

YES _____          NO __✓____

If so, in what amount?

Punitive Damages:          $ _____

14. Do you find that Plaintiff Etelvina Ramos Mamani should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Marlene Nancy Rojas Ramos?

YES _____          NO __✓____

If so, in what amount?

Punitive Damages:          $ _____

### E.   Punitive Damages Against Carlos Sánchez Berzaín

ONLY ANSWER THE QUESTIONS IN THIS SECTION IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

15. Do you find that Plaintiff Eloy Rojas Mamani should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Marlene Nancy Rojas Ramos?

YES _____          NO __✓____

If so, in what amount?

Punitive Damages:          $ _____

16. Do you find that Plaintiff Etelvina Ramos Mamani should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Marlene Nancy Rojas Ramos?

YES _____          NO __✓____

If so, in what amount?

Punitive Damages:          $ _____

**F.     Moral Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER THE QUESTIONS IN THIS SECTION IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

17. Do you find that Plaintiff Eloy Rojas Mamani should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Marlene Nancy Rojas Ramos?

    YES _____          NO _____

    If so, in what amount?

    Moral Damages:              $ _____

18. Do you find that Plaintiff Etelvina Ramos Mamani should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Marlene Nancy Rojas Ramos?

    YES _____          NO _____

    If so, in what amount?

    Moral Damages:              $ _____

**G.     Moral Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER THE QUESTIONS IN THIS SECTION IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 19 AND 20 AND PROCEED TO THE NEXT PLAINTIFF.

19. Do you find that Plaintiff Eloy Rojas Mamani should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Marlene Nancy Rojas Ramos?

    YES _____          NO _____

    If so, in what amount?

    Moral Damages:              $ _____

20. Do you find that Plaintiff Etelvina Ramos Mamani should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Marlene Nancy Rojas Ramos?

YES _____          NO _____

If so, in what amount?

Moral Damages:                    $ _____

**Plaintiff Sonia Espejo Villalobos**

**A.      Extrajudicial Killing**

1.  Do you find that Lucio Santos Gandarillas Ayala's death was an extrajudicial killing by a Bolivian soldier?

    YES ___✓___            NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

2.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Lucio Santos Gandarillas Ayala because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

    YES ___✓___            NO _____

3.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Lucio Santos Gandarillas Ayala because he conspired with one or more individuals to commit the extrajudicial killing?

    YES _____            NO ___✓___

4.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Lucio Santos Gandarillas Ayala because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

    YES _____            NO ___✓___

5.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Lucio Santos Gandarillas Ayala because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

    YES ___✓___            NO _____

6. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Lucio Santos Gandarillas Ayala because he conspired with one or more individuals to commit the extrajudicial killing?

   YES _____          NO \_\_\_✓\_\_\_

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Lucio Santos Gandarillas Ayala because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____          NO \_\_\_✓\_\_\_

**B.   Wrongful Death Under Bolivian Law**

8. Do you find that Lucio Santos Gandarillas Ayala's death was a willful and intentional killing by a Bolivian soldier?

   YES _____          NO \_\_\_✓\_\_\_

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Lucio Santos Gandarillas Ayala as an instrument to intentionally kill him?

   YES _____          NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Lucio Santos Gandarillas Ayala as an instrument to intentionally kill him?

    YES _____          NO _____

### C.   Compensatory Damages

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

11. What amount of damages do you determine is appropriate to compensate Plaintiff Sonia Espejo Villalobos for the death of Lucio Santos Gandarillas Ayala?

Compensatory Damages:        $ _500,000.00 (USD)_

### D.   Punitive Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

12. Do you find that Plaintiff Sonia Espejo Villalobos should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Lucio Santos Gandarillas Ayala?

YES _____          NO ___✓___

If so, in what amount?

Punitive Damages:          $ _____

### E.   Punitive Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

13. Do you find that Plaintiff Sonia Espejo Villalobos should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Lucio Santos Gandarillas Ayala?

YES _____          NO ___✓___

If so, in what amount?

Punitive Damages:          $ _____

9

**F.    Moral Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Sonia Espejo Villalobos should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Lucio Santos Gandarillas Ayala?

YES _____          NO _____

If so, in what amount?

Moral Damages:          $ _____

**G.    Moral Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT PLAINTIFF.

15. Do you find that Plaintiff Sonia Espejo Villalobos should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Lucio Santos Gandarillas Ayala?

YES _____          NO _____

If so, in what amount?

Moral Damages:          $ _____

**Plaintiff Hernán Apaza Cutipa**

A.   **Extrajudicial Killing**

1. Do you find that Roxana Apaza Cutipa's death was an extrajudicial killing by a Bolivian soldier?

   YES ___✓___           NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

2. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Roxana Apaza Cutipa because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

   YES ___✓___           NO _____

3. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Roxana Apaza Cutipa because he conspired with one or more individuals to commit the extrajudicial killing?

   YES _____           NO ___✓___

4. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Roxana Apaza Cutipa because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____           NO ___✓___

5. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Roxana Apaza Cutipa because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

   YES ___✓___           NO _____

6. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Roxana Apaza Cutipa because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____          NO ___✓___

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Roxana Apaza Cutipa because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____          NO ___✓___

**B.   Wrongful Death Under Bolivian Law**

8. Do you find that Roxana Apaza Cutipa's death was a willful and intentional killing by a Bolivian soldier?

   YES _____          NO ___✓___

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Roxana Apaza Cutipa as an instrument to intentionally kill her?

   YES _____          NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Roxana Apaza Cutipa as an instrument to intentionally kill her?

    YES _____          NO _____

**C.   Compensatory Damages**

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

11. What amount of damages do you determine is appropriate to compensate Plaintiff Hernán Apaza Cutipa for the death of Roxana Apaza Cutipa?

Compensatory Damages:          $ 1,500,000.00 (USD)

### D.    Punitive Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

12. Do you find that Plaintiff Hernán Apaza Cutipa should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Roxana Apaza Cutipa?

YES _____          NO ___✓___

If so, in what amount?

Punitive Damages:          $ _____

### E.    Punitive Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

13. Do you find that Plaintiff Hernán Apaza Cutipa should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Roxana Apaza Cutipa?

YES _____          NO ___✓___

If so, in what amount?

Punitive Damages:          $ _____

### F.    Moral Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Hernán Apaza Cutipa should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Roxana Apaza Cutipa?

YES _____          NO _____

If so, in what amount?

Moral Damages:        $ _____

**G.    Moral Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT PLAINTIFF.

15. Do you find that Plaintiff Hernán Apaza Cutipa should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Roxana Apaza Cutipa?

YES _____         NO _____

If so, in what amount?

Moral Damages:        $ _____

**Plaintiff Teófilo Baltazar Cerro**

A.   **Extrajudicial Killing**

1.  Do you find that Teodosia Morales Mamani's death was an extrajudicial killing by a Bolivian soldier?

    YES __✓__              NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

2.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Teodosia Morales Mamani because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

    YES __✓__              NO _____

3.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Teodosia Morales Mamani because he conspired with one or more individuals to commit the extrajudicial killing?

    YES _____              NO __✓__

4.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Teodosia Morales Mamani because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

    YES _____              NO __✓__

5.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Teodosia Morales Mamani because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

    YES __✓__              NO _____

6. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Teodosia Morales Mamani because he conspired with one or more individuals to commit the extrajudicial killing?

   YES _____          NO ___✓___

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Teodosia Morales Mamani because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____          NO ___✓___

**B.   Wrongful Death Under Bolivian Law**

8. Do you find that Teodosia Morales Mamani's death was a willful and intentional killing by a Bolivian soldier?

   YES _____          NO ___✓___

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Teodosia Morales Mamani as an instrument to intentionally kill her?

   YES _____          NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Teodosia Morales Mamani as an instrument to intentionally kill her?

   YES _____          NO _____

### C.    Compensatory Damages

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

11. What amount of damages do you determine is appropriate to compensate Plaintiff Teófilo Baltazar Cerro for the death of Teodosia Morales Mamani?

Compensatory Damages:       $ _2,500,000.00 (USD)_

### D.    Punitive Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

12. Do you find that Plaintiff Teófilo Baltazar Cerro should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Teodosia Morales Mamani?

YES _____               NO ___✓___

If so, in what amount?

Punitive Damages:          $ _____

### E.    Punitive Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

13. Do you find that Plaintiff Teófilo Baltazar Cerro should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Teodosia Morales Mamani?

YES _____               NO ___✓___

If so, in what amount?

Punitive Damages:          $ _____

### F.    Moral Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Teófilo Baltazar Cerro should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Teodosia Morales Mamani?

YES _____                NO _____

If so, in what amount?

Moral Damages:                $ _____

### G.    Moral Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT PLAINTIFF.

15. Do you find that Plaintiff Teófilo Baltazar Cerro should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Teodosia Morales Mamani?

YES _____                NO _____

If so, in what amount?

Moral Damages:                $ _____

**Plaintiff Juana Valencia de Carvajal**

A.   **Extrajudicial Killing**

1.  Do you find that Marcelino Carvajal Lucero's death was an extrajudicial killing by a Bolivian soldier?

YES ___✓___                NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

2.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Marcelino Carvajal Lucero because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

YES ___✓___                NO _____

3.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Marcelino Carvajal Lucero because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____                NO ___✓___

4.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Marcelino Carvajal Lucero because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

YES _____                NO ___✓___

5.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Marcelino Carvajal Lucero because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

YES ___✓___                NO _____

6. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Marcelino Carvajal Lucero because he conspired with one or more individuals to commit the extrajudicial killing?

   YES _____          NO ___✓___

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Marcelino Carvajal Lucero because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____          NO ___✓___

## B.   Wrongful Death Under Bolivian Law

8. Do you find that Marcelino Carvajal Lucero's death was a willful and intentional killing by a Bolivian soldier?

   YES _____          NO ___✓___

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Marcelino Carvajal Lucero as an instrument to intentionally kill him?

   YES _____          NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Marcelino Carvajal Lucero as an instrument to intentionally kill him?

   YES _____          NO _____

**C.    Compensatory Damages**

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

> 11. What amount of damages do you determine is appropriate to compensate Plaintiff Juana Valencia de Carvajal for the death of Marcelino Carvajal Lucero?
>
> Compensatory Damages:          $ 1,500,000.00 (USD)

**D.    Punitive Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

> 12. Do you find that Plaintiff Juana Valencia de Carvajal should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Marcelino Carvajal Lucero?
>
> YES _____          NO __✓__
>
> If so, in what amount?
>
> Punitive Damages:          $ _____

**E.    Punitive Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

> 13. Do you find that Plaintiff Juana Valencia de Carvajal should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Marcelino Carvajal Lucero?
>
> YES _____          NO __✓__
>
> If so, in what amount?
>
> Punitive Damages:          $ _____

## F.    Moral Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Juana Valencia de Carvajal should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Marcelino Carvajal Lucero?

YES _____          NO _____

If so, in what amount?

Moral Damages:          $ _____

## G.    Moral Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT PLAINTIFF.

15. Do you find that Plaintiff Juana Valencia de Carvajal should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Marcelino Carvajal Lucero?

YES _____          NO _____

If so, in what amount?

Moral Damages:          $ _____

**Plaintiff Hermógenes Bernabé Callizaya**

A.  **Extrajudicial Killing**

   1.  Do you find that Jacinto Bernabé Roque's death was an extrajudicial killing by a Bolivian soldier?

       YES __✓__              NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

   2.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Jacinto Bernabé Roque because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

       YES __✓__              NO _____

   3.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Jacinto Bernabé Roque because he conspired with one or more individuals to commit the extrajudicial killing?

       YES _____              NO __✓__

   4.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Jacinto Bernabé Roque because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

       YES _____              NO __✓__

   5.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Jacinto Bernabé Roque because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

       YES __✓__              NO _____

   6.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Jacinto Bernabé Roque because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____              NO ___✓___

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Jacinto Bernabé Roque because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

YES _____              NO ___✓___

**B.    Wrongful Death Under Bolivian Law**

8. Do you find that Jacinto Bernabé Roque's death was a willful and intentional killing by a Bolivian soldier?

YES _____              NO ___✓___

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Jacinto Bernabé Roque as an instrument to intentionally kill him?

YES _____              NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Jacinto Bernabé Roque as an instrument to intentionally kill him?

YES _____              NO _____

**C.    Compensatory Damages**

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

11. What amount of damages do you determine is appropriate to compensate Plaintiff Hermógenes Bernabé Callizaya for the death of Jacinto Bernabé Roque?

Compensatory Damages:     $ _500,000.00 (USD)_

### D.   Punitive Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

12. Do you find that Plaintiff Hermógenes Bernabé Callizaya should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Jacinto Bernabé Roque?

YES _____          NO __✓__

If so, in what amount?

Punitive Damages:          $ _____

### E.   Punitive Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

13. Do you find that Plaintiff Hermógenes Bernabé Callizaya should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Jacinto Bernabé Roque?

YES _____          NO __✓__

If so, in what amount?

Punitive Damages:          $ _____

### F.   Moral Damages Against Gonzalo Sánchez de Lozada

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Hermógenes Bernabé Callizaya should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Jacinto Bernabé Roque?

YES _____          NO _____

If so, in what amount?

Moral Damages:          $ _____

### G.   Moral Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT PLAINTIFF.

15. Do you find that Plaintiff Hermógenes Bernabé Callizaya should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Jacinto Bernabé Roque?

YES _____          NO _____

If so, in what amount?

Moral Damages:          $ _____

**Plaintiff Gonzalo Mamani Aguilar**

A.     **Extrajudicial Killing**

1. Do you find that Arturo Mamani Mamani's death was an extrajudicial killing by a Bolivian soldier?

   YES ___✓___          NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

2. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Arturo Mamani Mamani because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

   YES ___✓___          NO _____

3. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Arturo Mamani Mamani because he conspired with one or more individuals to commit the extrajudicial killing?

   YES _____          NO ___✓___

4. Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Arturo Mamani Mamani because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____          NO ___✓___

5. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Arturo Mamani Mamani because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

   YES ___✓___          NO _____

6. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Arturo Mamani Mamani because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____          NO __✓__

7. Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Arturo Mamani Mamani because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

   YES _____          NO __✓__

**B.   Wrongful Death Under Bolivian Law**

8. Do you find that Arturo Mamani Mamani's death was a willful and intentional killing by a Bolivian soldier?

   YES _____          NO __✓__

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9. Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Arturo Mamani Mamani as an instrument to intentionally kill him?

   YES _____          NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Arturo Mamani Mamani as an instrument to intentionally kill him?

   YES _____          NO _____

**C.   Compensatory Damages**

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

11. What amount of damages do you determine is appropriate to compensate Plaintiff Gonzalo Mamani Aguilar for the death of Arturo Mamani Mamani?

Compensatory Damages:    $ _500,000. 00 (USD)_

**D.   Punitive Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

12. Do you find that Plaintiff Gonzalo Mamani Aguilar should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Arturo Mamani Mamani?

YES _____       NO __✓____

If so, in what amount?

Punitive Damages:      $ _____

**E.   Punitive Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

13. Do you find that Plaintiff Gonzalo Mamani Aguilar should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Arturo Mamani Mamani?

YES _____       NO __✓____

If so, in what amount?

Punitive Damages:      $ _____

**F.   Moral Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Gonzalo Mamani Aguilar should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Arturo Mamani Mamani?

YES _____       NO _____

If so, in what amount?

Moral Damages:                 $ _____

### G.    Moral Damages Against Carlos Sánchez Berzaín

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF
NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT
PLAINTIFF.

15. Do you find that Plaintiff Gonzalo Mamani Aguilar should be awarded
moral damages against Carlos Sánchez Berzaín for the wrongful death of
Arturo Mamani Mamani?

YES _____              NO _____

If so, in what amount?

Moral Damages:                 $ _____

**Plaintiff Felicidad Rosa Huanca Quispe**

A.     **Extrajudicial Killing**

1.  Do you find that Raúl Ramón Huanca Márquez's death was an extrajudicial killing by a Bolivian soldier?

YES ___✓___          NO _____

IF YOU ANSWERED "YES" TO QUESTION 1, THEN PROCEED TO THE NEXT QUESTIONS.  IF YOU ANSWERED "NO" TO QUESTION 1, THEN YOU MUST SKIP TO QUESTION 8.

2.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Raúl Ramón Huanca Márquez because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

YES ___✓___          NO _____

3.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Raúl Ramón Huanca Márquez because he conspired with one or more individuals to commit the extrajudicial killing?

YES _____          NO ___✓___

4.  Do you find that Gonzalo Sánchez de Lozada is liable for the extrajudicial killing of Raúl Ramón Huanca Márquez because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

YES _____          NO ___✓___

5.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Raúl Ramón Huanca Márquez because he had command responsibility over the Bolivian soldier who committed the extrajudicial killing?

YES ___✓___          NO _____

31

6.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Raúl Ramón Huanca Márquez because he conspired with one or more individuals to commit the extrajudicial killing?

    YES _____                    NO ___✓___

7.  Do you find that Carlos Sánchez Berzaín is liable for the extrajudicial killing of Raúl Ramón Huanca Márquez because he had an agency relationship with the Bolivian soldier who committed the extrajudicial killing?

    YES _____                    NO ___✓___

**B.    Wrongful Death Under Bolivian Law**

8.  Do you find that Raúl Ramón Huanca Márquez's death was a willful and intentional killing by a Bolivian soldier?

    YES _____                    NO ___✓___

IF YOU ANSWERED "NO" TO QUESTION 8, THEN YOU MUST SKIP TO SECTION C. IF YOU ANSWERED "YES" TO QUESTION 8, THEN PLEASE PROCEED TO THE NEXT QUESTIONS.

9.  Do you find that Gonzalo Sánchez de Lozada willfully used a Bolivian soldier who killed Raúl Ramón Huanca Márquez as an instrument to intentionally kill him?

    YES _____                    NO _____

10. Do you find that Carlos Sánchez Berzaín willfully used a Bolivian soldier who killed Raúl Ramón Huanca Márquez as an instrument to intentionally kill him?

    YES _____                    NO _____

**C.    Compensatory Damages**

ONLY ANSWER QUESTION 11 IF YOU ANSWERED "YES" TO QUESTION 2, 3, 4, 5, 6, 7, 9, OR 10.  IF NOT, THEN YOU MUST SKIP QUESTIONS 11-15 AND PROCEED TO THE NEXT PLAINTIFF.

> 11. What amount of damages do you determine is appropriate to compensate Plaintiff Felicidad Rosa Huanca Quispe for the death of Raúl Ramón Huanca Márquez?
>
> Compensatory Damages:        $ _500,000.00 (USD)_

**D.    Punitive Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER QUESTION 12 IF YOU ANSWERED "YES" TO QUESTIONS 2, 3, OR 4.  IF NOT, THEN YOU MUST SKIP TO SECTION E.

> 12. Do you find that Plaintiff Felicidad Rosa Huanca Quispe should be awarded punitive damages against Gonzalo Sánchez de Lozada for the extrajudicial killing of Raúl Ramón Huanca Márquez?
>
> YES _____        NO __✓___
>
> If so, in what amount?
>
> Punitive Damages:        $ _____

**E.    Punitive Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER QUESTION 13 IF YOU ANSWERED "YES" TO QUESTIONS 5, 6, OR 7.  IF NOT, THEN YOU MUST SKIP TO SECTION F.

> 13. Do you find that Plaintiff Felicidad Rosa Huanca Quispe should be awarded punitive damages against Carlos Sánchez Berzaín for the extrajudicial killing of Raúl Ramón Huanca Márquez?
>
> YES _____        NO __✓___
>
> If so, in what amount?
>
> Punitive Damages:        $ _____

**F.    Moral Damages Against Gonzalo Sánchez de Lozada**

ONLY ANSWER QUESTION 14 IF YOU ANSWERED "YES" TO QUESTION 9.  IF NOT, THEN YOU MUST SKIP TO SECTION G.

14. Do you find that Plaintiff Felicidad Rosa Huanca Quispe should be awarded moral damages against Gonzalo Sánchez de Lozada for the wrongful death of Raúl Ramón Huanca Márquez?

YES _____                NO _____

If so, in what amount?

Moral Damages:              $ _____

**G.    Moral Damages Against Carlos Sánchez Berzaín**

ONLY ANSWER QUESTION 15 IF YOU ANSWERED "YES" TO QUESTION 10.  IF NOT, THEN YOU MUST SKIP QUESTION 15 AND PROCEED TO THE NEXT PLAINTIFF.

15. Do you find that Plaintiff Felicidad Rosa Huanca Quispe should be awarded moral damages against Carlos Sánchez Berzaín for the wrongful death of Raúl Ramón Huanca Márquez?

YES _____                NO _____

If so, in what amount?

Moral Damages:              $ _____

You have finished your deliberations.  Please date and sign the verdict form, and return it to the courtroom.

SO SAY WE ALL this __3__ day of ~~March~~ *April*, 2018.

34