```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2
                     Case No. 08-21063-CIV-COHN
 3                   Case No. 07-22459-CIV-COHN

 4   ELOY ROJAS MAMANI, et al.,  )
                                 )
 5           Plaintiffs,         )
                                 )
 6        -v-                    )
                                 )
 7   GONZALO DANIEL SANCHEZ DE   )
     LOZADA SANCHEZ BUSTAMANTE,  )
 8                               )
             Defendant.          )   Fort Lauderdale, Florida
 9                               )   March 29, 2018
     _____ )   9:00 a.m.
10   ELOY ROJAS MAMANI, et al.,  )
                                 )
11           Plaintiffs,         )
                                 )
12        -v-                    )
                                 )
13   JOSE CARLOS SANCHEZ BERZAIN,)
                                 )
14           Defendant.          )
     _____ )
15

16             TRANSCRIPT OF TRIAL PROCEEDINGS

17          BEFORE THE HONORABLE JAMES I. COHN

18            U.S. DISTRICT JUDGE, AND A JURY

19

20

21

22

23
     Reporter:               Karl Shires, RMR, FCRR
24   (954) 769-5496          Official Court Reporter
                             299 East Broward Boulevard, # 203G
25                           Fort Lauderdale, Florida  33301
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

```
 1    Appearances:

 2
      For the Plaintiffs:        AKIN GUMP
 3                               BY:  CHRISTINE DONIAK, ESQ.
                                 BY:  JASON WEIL, ESQ.
 4                               BY:  RUBEN MUNOZ, ESQ.
                                 BY:  SAURABH SHARAD, ESQ.
 5                                     -and-
                                 CENTER FOR CONSTITUTIONAL RIGHTS
 6                               BY:  JUDY CHOMSKY, ESQ.

 7    For the Defendants:        WILLIAMS & CONNOLLY
                                 BY:  STEPHEN RABER, ESQ.
 8                               BY:  ANA REYES, ESQ.
                                 BY:  JAMES GILLENWATER, ESQ.
 9                               BY:  GISELLE BARCIA, ESQ.
                                 BY:  J.R. FLEURMONT, ESQ.
10                               BY:  SUZANNE SALGADO, ESQ.
                                       -and-
11                               BECKER & POLIAKOFF
                                 BY:  EVAN BERGER, ESQ.

12

13                               Spanish Interpreters Present.

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (The Jury resumed their deliberations at 9:00 a.m.)

2          (Call to Order of the Court at 7:41 p.m.)

3          THE COURT:  All right.  Folks, I know it has been a

4     frustrating day for all of us.  We've received no communication

5     from the jury until just within the last five minutes, and that

6     communication reads as follows:

7               "Jury requests to be adjourned for the day."

8          I feel so bad because I know all of you are from out

9     of state, and before I do anything I wanted input.

10         MR. RABER:  And I guess there's no indication of

11    whether they're deadlocked or --

12         THE COURT:  Well, look, I can certainly inquire.  They

13    have not indicated anything to us what the problem is.  So, no,

14    they certainly have not indicated that they were deadlocked.

15    This is the only communication we've received.  Ms. Thompkins

16    took their lunch request, and that was the extent of the

17    communication today.

18         MR. RABER:  Your Honor, I know this Court or the

19    Eleventh Circuit has a civil Allen charge.  I don't know what

20    your thoughts are on that.

21         THE COURT:  I've got it right here.  I'm all ready

22    if -- you know, I know that we -- normally, customarily the

23    Allen charge is not given in either criminal or civil cases

24    until the jury indicates they are deadlocked.  But if both

25    sides agreed, I would give the Allen charge now.  But under

```
 1   these circumances I won't do it unless both sides agree to

 2   it.

 3         MR. RABER:  I think right now, given the hour, it's

 4   probably not the best time to do it, personally.

 5         MR. MUNOZ:  We agree with that, Your Honor.

 6         THE COURT:  So I had indicated to everyone that

 7   tomorrow, it being a holiday for many, that we would not be in

 8   session.  I don't know whether you all would want me to

 9   readdress that with the jury.  I don't know what your personal

10   preferences are.

11         MR. RABER:  Is there a -- I know that there was a

12   pretty -- what was really their only substantive question which

13   we were unable to answer because they didn't give a more

14   specific question.  I'm wondering if there is a way to

15   readdress that or inquire whether that would help.

16         THE COURT:  Well, what I can do, and what I don't

17   think would be inappropriate, would be to say, do you have any

18   questions relating to the law that the Court can assist you

19   with?  And just remind them I can't, I can't voice any opinion

20   regarding facts, but certainly I'm here to assist you with any

21   legal issues that you may need addressed.  That I can do.

22         MR. RABER:  I think that would be a good idea, Your

23   Honor.

24         THE COURT:  I tend to agree.

25         MS. CHOMSKY:  Your Honor, may we have a moment to talk
```

```
 1   about that?
 2            THE COURT:  Of course you can.  Of course.
 3            MR. RABER:  I suppose, while they're conferring, too
 4   one way to put it to them would be to ask whether they would
 5   rather come back tomorrow or wait until Monday and give them
 6   that choice too.
 7            THE COURT:  I think that would be appropriate also.
 8            I had taken the Allen charge out because I was
 9   expecting any minute for the jury to advice us that they were
10   deadlocked, but --
11            MR. MUNOZ:  So, Your Honor, from our side, the
12   question to them as to whether they would like to go tomorrow
13   seems appropriate to us.
14            THE COURT:  Okay.  Okay.
15            MR. RABER:  What about the other question?
16            MR. MUNOZ:  In terms of the legal issue, it seems to
17   us, since they have already requested for today that they be
18   adjourned, that we don't touch that issue tonight.
19            THE COURT:  Let me gauge their demeanor when they come
20   out and see whether I think it would be appropriate to ask
21   them.
22            Please bring in the jury.
23         (Jury in at 7:47 p.m.)
24            THE COURT:  Folks, please be seated.
25            Mr. Horne --
```

```
 1              THE JUROR:  Yes, sir.

 2              THE COURT:  -- I see you're still the foreperson.

 3              THE JUROR:  So far.

 4              THE COURT:  Four days in a row.

 5         I received your written note which reads as follows:

 6              "Jury requests to be adjourned for the day."

 7         We will honor that request, but I have a question for

 8  you.  I know I told you way back when, when you were selected,

 9  that we would be taking Good Friday off.

10              THE JUROR:  Right.

11              THE COURT:  Would you rather come in tomorrow?

12         Do you want to discuss this with your fellow jurors?

13  If you do, I want you to.

14              THE JUROR:  We can discuss.

15              THE COURT:  Please return to the jury room and discuss

16  that issue.

17      (Jury out at 7:49 p.m.)

18              THE COURT:  Folks, you all can be seated.

19         The civil Allen charge in the Eleventh Circuit I find

20  is a little bit more forceful than the criminal Allen charge.

21  I don't know if you all have read it.  It is Pattern

22  Instruction 2.8.

23         MR. RABER:  Maybe they need an Allen charge on this

24  one, Your Honor.

25              THE COURT:  Apparently so.  It's certainly not a good
```

```
 1   sign if they can't even agree on whether or not they want to

 2   come back tomorrow.

 3          Oh, man.  We're in trouble here.  Sounds like they're

 4   arguing about it.

 5          All right.  Let's bring them in.

 6      (Jury in at 7:53 p.m.)

 7          THE COURT:  Folks, please be seated.

 8          Mr. Horne --

 9          THE JUROR:  Yes, sir.

10          THE COURT:  -- have you all decided whether you want

11   to come back tomorrow?

12          THE JUROR:  We want to come back Monday.

13          THE COURT:  Monday.  Okay.

14          I know you all have been working very hard.  It has

15   been long days and, believe me, we all know that.  But let me

16   just remind you that previously you submitted a question

17   regarding the Court's instructions on extrajudicial killing,

18   command responsibility, and also the Bolivian wrongful death

19   law, and the Court instructed you that you needed to be a

20   little bit more specific.  I just want to remind you that the

21   Court is here to clarify and address any issues relating to the

22   law.  That's the Court's responsibility, to advise you

23   regarding the law and to explain it to you.

24          Now, the Court can in no way comment on the facts.

25          THE JUROR:  Right.
```

1      THE COURT:  That is exclusively within your

2  determination.  So don't tell me what's going on in your

3  deliberations.  But if you do have questions relating to

4  specific areas of the law, you need to write them down, give

5  them to Ms. Thompkins, she'll submit them to me, I'll get the

6  lawyers in here, we'll discuss them, and then I will provide

7  you with a response.

8      So we will recess, unless you want to go back and

9  continue deliberating now.  I think we have a unanimous

10  agreement; nobody wants to continue deliberating now.

11      All right.  The Court will honor your request.

12      Monday morning, 9 o'clock.  When all ten jurors are

13  present, you are instructed to resume your deliberations.

14      Over this three-day holiday, remember, do not discuss

15  the case or otherwise communicate with anyone regarding the

16  substance of the case.  Please, should there be something

17  reported in the news media, do not read, watch, or listen to

18  it.  Also, do not do any research on your cell phone, computer,

19  or otherwise.  And, as you all know, your verdict must be based

20  on the evidence that you have received here in this courtroom

21  and on the law.

22      We know you're working hard.  Have a wonderful holiday

23  weekend.  And we will see you back Monday morning at 9 o'clock.

24      (Jury out at 7:57 p.m.)

25      THE COURT:  Folks, you all can be seated.

1        I just feel bad for you all.  I truly do.  It's

2   just -- of course, I guess, there are worse places to be

3   stranded than Fort Lauderdale.

4        MR. RABER:  That's right.

5        THE COURT:  So, anyway, is there anything else we need

6   to address?

7        MR. RABER:  You know, I'm just wondering maybe if we

8   get to near the noon hour on Monday and we're still radio

9   silence, perhaps an Allen charge might be in order.

10        THE COURT:  Well, we will plan to -- if we don't hear

11   from the jury before, we'll plan to reconvene sometime before

12   lunch, close to noon.  We'll notify you, and we will address

13   that topic at that time.

14        MR. RABER:  Sounds good.

15        MS. REYES:  Thank you, Your Honor.

16        MR. RABER:  Thank you.

17        THE COURT:  Well, I hope you all have a good weekend.

18   I'm sure you had planned to spend the weekend with your

19   families, but, I don't know, do you plan to go back to DC for

20   the weekend?

21        Okay.

22        MR. RABER:  Still in the air.

23        THE COURT:  Okay.  All right.  We'll stand in recess.

24   Have a good weekend.

25        MR. RABER:  Thank you, Your Honor.

1       MS. REYES:  Thank you, Your Honor.

2           (Recess at 7:59 p.m., until 9:00 a.m., April 2, 2018.)

3

4                        C E R T I F I C A T E

5       I, Karl Shires, Registered Merit Reporter and Federal

6   Certified Realtime Reporter, certify that the foregoing is a

7   correct transcript from the record of proceedings in the

8   above-entitled matter.

9       Dated this 29th day of March, 2018.

10

11  _____
    Karl Shires, RMR FCRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. MUNOZ: [3] 4/4 5/10 5/15
MR. RABER: [14]
MS. CHOMSKY: [1] 4/24
MS. REYES: [2] 9/14 9/25
THE COURT: [26]
THE JUROR: [7] 5/25 6/2 6/9 6/13 7/8 7/11 7/24

**-**
-and [2] 2/5 2/10
-v [2] 1/6 1/12

**0**
07-22459-CIV-COHN [1] 1/3
08-21063-CIV-COHN [1] 1/2

**2**
2.8 [1] 6/22
2018 [3] 1/9 10/2 10/9
203G [1] 1/24
29 [1] 1/9
299 [1] 1/24
29th [1] 10/9

**3**
33301 [1] 1/25

**5**
5496 [1] 1/24

**7**
769-5496 [1] 1/24
7:41 [1] 3/2
7:47 [1] 5/23
7:49 [1] 6/17
7:53 [1] 7/6
7:57 [1] 8/24
7:59 [1] 10/2

**9**
954 [1] 1/24
9:00 [3] 1/9 3/1 10/2

**A**
a.m [3] 1/9 3/1 10/2
above-entitled [1] 10/8
address [3] 7/21 9/6 9/12
addressed [1] 4/21
adjourned [3] 3/7 5/18 6/6
advice [1] 5/9
advise [1] 7/22
agree [4] 4/1 4/5 4/24 7/1
agreed [1] 3/25
agreement [1] 8/10
air [1] 9/22

AKIN [1] 2/2
al [2] 1/4 1/10
Allen [8] 3/19 3/23 3/25 5/8 6/19 6/20 6/23 9/9
ANA [1] 2/8
answer [1] 4/13
anyway [1] 9/5
Apparently [1] 6/25
Appearances [2] 2/1
appropriate [2] 5/7 5/13 5/20
April [1] 10/2
areas [1] 8/4
arguing [1] 7/4
assist [2] 4/18 4/20

**B**
back [8] 5/5 6/8 7/2 7/11 7/12 8/8 8/23 9/19
bad [2] 3/8 9/1
BARCIA [1] 2/9
based [1] 8/19
BECKER [1] 2/11
believe [1] 7/15
BERGER [1] 2/11
BERZAIN [1] 1/13
best [1] 4/4
bit [2] 6/20 7/20
Bolivian [1] 7/18
Boulevard [1] 1/24
bring [2] 5/22 7/5
Broward [1] 1/24
BUSTAMANTE [1] 1/7

**C**
Call [1] 3/2
CARLOS [1] 1/13
case [4] 1/2 1/3 8/15 8/16
cases [1] 3/23
cell [1] 8/18
CENTER [1] 2/5
certainly [4] 3/12 3/14 4/20 6/25
Certified [1] 10/6
certify [1] 10/6
charge [8] 3/19 3/23 3/25 5/8 6/19 6/20 6/23 9/9
choice [1] 5/6
CHOMSKY [1] 2/6
CHRISTINE [1] 2/3
Circuit [2] 3/19 6/19
circumstances [1] 4/1
CIV [2] 1/2 1/3
civil [3] 3/19 3/23 6/19
clarify [1] 7/21
close [1] 9/12
COHN [3] 1/2 1/3 1/17
come [6] 5/5 5/19 6/11 7/2 7/11 7/12
command [1] 7/18
comment [1] 7/14
communicate [1] 8/15

communication [4] 3/4 3/6 3/15 3/17
computer [1] 8/18
conferring [1] 5/3
CONNOLLY [1] 2/7
CONSTITUTIONAL [1] 2/5
continue [2] 8/9 8/10
correct [1] 10/7
course [3] 5/2 5/2 9/2
COURT [9] 1/1 1/14 3/2 3/18 4/18 7/19 7/21 7/24 8/11
Court's [2] 7/17 7/22
courtroom [1] 8/20
criminal [2] 3/23 6/20
customarily [1] 3/22

**D**
DANIEL [1] 1/7
Dated [1] 10/9
day [5] 3/4 3/7 6/6 8/14 10/9
days [2] 6/4 7/15
DC [1] 9/19
DE [1] 1/7
deadlocked [4] 3/11 3/14 3/24 5/10
death [1] 7/18
decided [1] 7/10
Defendant [2] 1/8 1/14
Defendants [1] 2/7
deliberating [2] 8/9 8/10
deliberations [3] 3/1 8/3 8/13
demeanor [1] 5/19
determination [1] 3/8
didn't [1] 4/13
discuss [5] 6/12 6/14 6/15 8/6 8/14
DISTRICT [3] 1/1 1/1 1/18
DONIAK [1] 2/3

**E**
East [1] 1/24
either [1] 3/23
Eleventh [2] 3/19 6/19
ELOY [2] 1/4 1/10
entitled [1] 10/8
ESQ [12]
et [2] 1/4 1/10
EVAN [1] 2/11
evidence [1] 8/20
exclusively [1] 8/1
expecting [1] 5/9
explain [1] 7/23
extent [1] 3/16
extrajudicial [1] 7/17

**F**
facts [2] 4/20 7/24
families [1] 7/3
far [1] 6/3

PCRR [2] 1/23 10/11
Federal [1] 10/5
feel [2] 3/8 9/1
fellow [1] 6/12
find [1] 6/19
five [1] 3/5
FLEURMONT [1] 2/9
FLORIDA [3] 1/1 1/8 1/25
Folks [5] 3/3 5/24 6/18 7/7 8/25
follows [2] 3/6 6/5
forceful [1] 6/20
foregoing [1] 10/6
foreperson [1] 6/2
Fort [3] 1/8 1/25 9/3
Fort Lauderdale [1] 9/3
Four [1] 6/4
Friday [1] 6/9
frustrating [1] 3/4

**G**
gauge [1] 5/19
GILLENWATER [1] 2/8
GISELLE [1] 2/9
give [4] 3/25 4/13 5/5 8/4
given [2] 3/23 4/3
go [3] 5/12 8/9 9/19
going [1] 8/2
GONZALO [1] 1/7
good [6] 4/22 6/9 6/25 9/14 9/17 9/24
guess [2] 3/10 9/2
GUMP [1] 2/2

**H**
hard [2] 7/14 8/22
hear [1] 9/10
help [1] 4/15
holiday [3] 4/7 8/14 8/22
honor [11]
HONORABLE [1] 1/17
hope [1] 9/17
Horne [2] 5/25 7/8
hour [2] 4/3 9/8

**I**
I'll [1] 8/5
I'm [5] 3/21 4/14 4/20 9/7 9/18
I've [1] 3/21
idea [1] 4/22
inappropriate [1] 4/17
indicated [3] 3/13 3/14 4/6
indicates [1] 3/24
indication [1] 3/10
input [1] 3/9
inquire [2] 3/12 4/15
instructed [2] 7/19 8/13
Instruction [1] 6/22

instructions [1] 7/17
Interpreters [1] 2/13
issue [3] 5/16 5/18 6/16
issues [2] 4/21 7/21
it's [3] 4/3 6/25 9/1

**J**
J.R [1] 2/9
JAMES [2] 1/17 2/8
JASON [1] 2/3
JOSE [1] 1/13
JUDGE [1] 1/18
JUDY [1] 2/6
jurors [2] 6/12 8/12
jury [15]

**K**
killing [1] 7/17
know [17]

**L**
Lauderdale [3] 1/8 1/25 9/3
law [6] 4/18 7/19 7/22 7/23 8/4 8/21
lawyers [1] 8/6
legal [2] 4/21 5/16
listen [1] 8/17
little [2] 6/20 7/20
long [1] 7/15
look [1] 3/12
LOZADA [1] 1/7
lunch [2] 3/16 9/12

**M**
MAMANI [2] 1/4 1/10
man [1] 7/3
March [2] 1/9 10/9
matter [1] 10/8
media [1] 8/17
Merit [1] 10/5
minute [1] 5/9
minutes [1] 3/5
moment [1] 4/25
Monday [5] 5/5 7/12 7/13 8/12 8/23 9/8
morning [2] 8/12 8/23
Mr. [2] 5/25 7/8
Mr. Horne [2] 5/25 7/8
Ms. [2] 3/15 8/5
Ms. Thompkins [2] 3/15 8/5
MUNOZ [1] 2/4

**N**
near [1] 9/8
need [4] 4/21 6/23 8/4 9/5
needed [1] 7/19
news [1] 8/17
noon [2] 9/8 9/12
normally [1] 3/22
note [1] 6/5
notify [1] 9/12

**O**

Official [1]  1/24
Oh [1]  7/3
Okay [5]  5/14 5/14 7/13 9/21 9/23
opinion [1]  4/19
order [2]  3/2 9/9

**P**

p.m [6]  3/2 5/23 6/17 7/6 8/24 10/2
Pattern [1]  6/21
personal [1]  4/9
personally [1]  4/4
phone [1]  8/18
places [1]  9/2
Plaintiffs [3]  1/5 1/11 2/2
plan [3]  9/10 9/11 9/19
planned [1]  9/18
please [5]  5/22 5/24 6/15 7/7 8/16
POLIAKOFF [1]  2/11
preferences [1]  4/10
present [2]  2/13 8/13
pretty [1]  4/12
previously [1]  7/16
probably [1]  4/4
problem [1]  3/13
proceedings [2]  1/16 10/7
provide [1]  8/6
put [1]  5/4

**Q**

question [6]  4/12 4/14 5/12 5/15 6/7 7/16
questions [2]  4/18 8/3

**R**

RABER [1]  2/7
radio [1]  9/8
read [2]  6/21 8/17
readdress [2]  4/9 4/15
reads [2]  3/6 6/5
ready [1]  3/21
really [1]  4/12
Realtime [1]  10/6
received [4]  3/4 3/15 6/5 8/20
recess [3]  8/8 9/23 10/2
reconvene [1]  9/11
record [1]  10/7
regarding [4]  4/20 7/17 7/23 8/15
Registered [1]  10/5
relating [3]  4/18 7/21 8/3
remember [1]  8/14
remind [3]  4/19 7/16 7/20
reported [1]  8/17
Reporter [4]  1/23 1/24 10/5 10/6
request [3]  3/16 6/7

8/1
requested [1]  5/17
requests [2]  3/7 6/6
research [1]  8/18
response [1]  8/7
responsibility [2]  7/18 7/22
resume [1]  8/13
resumed [1]  3/1
return [1]  6/15
REYES [1]  2/8
right [9]  3/3 3/21 4/3 6/10 7/5 7/25 8/11 9/4 9/23
RIGHTS [1]  2/5
RMR [2]  1/23 10/11
ROJAS [2]  1/4 1/10
room [1]  6/15
row [1]  6/4
RUBEN [1]  2/4

**S**

SALGADO [1]  2/10
SANCHEZ [3]  1/7 1/7 1/13
SAURABH [1]  2/4
seated [4]  5/24 6/18 7/7 8/25
see [3]  5/20 6/2 8/23
selected [1]  6/8
session [1]  4/8
SHARAD [1]  2/4
she'll [1]  8/5
side [1]  5/11
sides [2]  3/25 4/1
sign [1]  7/1
silence [1]  9/9
sir [2]  6/1 7/9
Sounds [2]  7/3 9/14
SOUTHERN [1]  1/1
Spanish [1]  2/13
specific [3]  4/14 7/20 8/4
spend [1]  9/18
stand [1]  9/23
state [1]  3/9
STATES [1]  1/1
STEPHEN [1]  2/7
stranded [1]  9/3
submit [1]  8/5
submitted [1]  7/16
substance [1]  8/16
substantive [1]  4/12
suppose [1]  5/3
sure [1]  9/18
SUZANNE [1]  2/10

**T**

taken [1]  5/8
talk [1]  4/25
tell [1]  8/2
ten [1]  8/12
tend [1]  4/24
terms [1]  5/16
Thank [4]  9/15 9/16 9/25 10/1

think [6]  4/3 4/17 4/22 5/7 5/20 8/9
Thompkins [2]  3/15 8/5
thoughts [1]  3/20
three [1]  8/14
three-day [1]  8/14
time [2]  4/4 9/13
today [2]  3/17 5/17
told [1]  6/8
tomorrow [6]  4/7 5/5 5/12 6/11 7/2 7/11
tonight [1]  5/18
topic [1]  9/13
touch [1]  5/18
transcript [2]  1/16 10/7
TRIAL [1]  1/16
trouble [1]  7/3
truly [1]  9/1

**U**

U.S [1]  1/18
unable [1]  4/13
unanimous [1]  8/9
UNITED [1]  1/1

**V**

verdict [1]  8/19
voice [1]  4/19

**W**

wait [1]  5/5
want [8]  4/8 6/12 6/13 7/1 7/10 7/12 7/20 8/8
wanted [1]  3/9
wants [1]  8/10
watch [1]  8/17
way [4]  4/14 5/4 6/8 7/24
we've [2]  3/4 3/15
weekend [5]  8/23 9/17 9/18 9/20 9/24
WEIL [1]  2/3
Well [4]  3/12 4/16 9/10 9/17
WILLIAMS [1]  2/7
wonderful [1]  8/22
wondering [2]  4/14 9/7
working [2]  7/14 8/22
worse [1]  9/2
write [1]  8/4
written [1]  6/5
wrongful [1]  7/18