UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

Case Nos. 07-22459 & 08-21063 (COHN/SELTZER)

| | |
|---|---|
| ELOY ROJAS MAMANI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| GONZALO DANIEL SÁNCHEZ DE LOZADA SÁNCHEZ BUSTAMANTE, | ) |
| Defendant, | ) |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, | ) |
| Defendant. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL TRIAL EXHIBITS 307 AND 308**

Pursuant to Local Rule 5.4(b), and the Stipulated Protective Order, Dkt. 246, Defendants hereby move this Court for an order granting leave to file Exhibits 307 and 308 under seal. These exhibits contain confidential financial information for Defendant Gonzalo Sánchez de Lozada.

In support of this motion, Defendants state as follows:

1. The foregoing exhibits which Defendants seek to file under seal contain information that has been designated as confidential by the Defendants.

2. The granting of this motion is otherwise in the interest of justice.

3. A proposed order permitting the filing under seal of the aforementioned documents is attached hereto.

4. Plaintiffs do not oppose this motion.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Unopposed Motion for Leave to File under Seal.

        WILLIAMS & CONNOLLY LLP

Stephen D. Raber (*pro hac vice*)
Ana C. Reyes (*pro hac vice*)
James E. Gillenwater (*pro hac vice*)
Suzanne M. Salgado (*pro hac vice*)
Giselle Barcia (*pro hac vice*)
Jean Ralph Fleurmont (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

BECKER & POLIAKOFF, P.A.

Evan B. Berger
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 364-6055

Dated: April 5, 2018        *Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with S.D. Fla. Local Rule 7.1.A.3, the undersigned counsel certifies that prior to the filing of this Motion, undersigned counsel conferred with Plaintiffs' counsel, who do not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that, on April 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record or parties of record on the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Evan Berger</u>

Evan Berger