Case No. 08-21063-CV-COHN
Case No. 07-22459-CV-COHN

**Exhibit 1161**

