**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ELOY ROJAS MAMANI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Case No. 08-21063-CV-COHN** |
| | ) |
| GONZALO DANIEL SÁNCHEZ DE | ) |
| LOZADA SÁNCHEZ BUSTAMANTE, | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |
| | ) |
| ELOY ROJAS MAMANI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **Case No. 07-22459-CV-COHN** |
| v. | ) |
| | ) |
| JOSÉ CARLOS SÁNCHEZ BERZAÍN, | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |

## JOINT DEPOSITION DESIGNATIONS WITH PARTIES' CROSS AND COUNTERDESIGNATIONS

The parties hereby submit their deposition designations relative to the trial beginning on March 5, 2018.

1.      Attached as Exhibit A is a copy of the designations from the deposition of Edwin Aguilar Vargas taken on February 23, 2018 and played in Court on March 7, 2018.

2.      Attached as Exhibit B is a copy of the designations from the deposition of Marcelo Eulogio Antezana Ruiz taken on September 26, 2017 and played in Court on March 13, 2018.

3.      Attached as Exhibit C is a copy of the designations from the deposition of Jaime Aparicio taken on July 20, 2017 and played in Court on March 22, 2018.

4.      Attached as Exhibit D is a copy of the designations from the deposition of Luis Alfredo Castaño Romero taken on February 22, 2018 and played in Court on March 7, 2018.

5.      Attached as Exhibit E is a copy of the designations from the deposition of Jorge Mario Eastman taken on August 3, 2017 and played in Court on March 22, 2018.

6.      Attached as Exhibit F is a copy of the designations from the deposition of Nelson Flores Sotomayor taken on July 13, 2017 and played in Court on March 8, 2018.

7.      Attached as Exhibit G is a copy of the designations from the deposition of José Elias Harb Barrientos taken on August 11, 2017 and played in Court on March 8, 2018.

8.      Attached as Exhibit H is a copy of the designations from the deposition of Guido Romulo Meruvia Gutierrez taken on July 14, 2017 and played in Court on March 21, 2018.

9.      Attached as Exhibit I is a copy of the designations from the deposition of Juan Carlos Pari taken on February 22, 2018 and played in Court on March 12, 2018.

10.      Attached as Exhibit J is a copy of the designations from the deposition of Luis Eduardo Siles Perez taken on July 12, 2017 and played in Court on March 21, 2018.

Dated:  April 11, 2018
        Miami, Florida

By: */s/ Ana C. Reyes*                                      By*:*    */s/ Ilana Tabacinic*

Ana C. Reyes

Stephen D. Raber

James E. Gillenwater

Suzanne M. Salgado

Giselle Barcia

Jean Ralph Fleurmont

WILLIAMS & CONNOLLY LLP

725 Twelfth Street, N.W.

Washington, DC  20005

(202) 434-5000

(202) 434-5029 (facsimile)

areyes@wc.com

sraber@wc.com

jgillenwater@wc.com

ssalgado@wc.com

gbarcia@wc.com

jfleurmont@wc.com

Evan B. Berger

BECKER & POLIAKOFF, P.A.

1 East Broward Blvd., Suite 1800

Ft. Lauderdale, FL  33301

(954) 364-6055

(954) 985-4176 (facsimile)

eberger@bplegal.com

*Counsel for Defendants*

Ilana Tabacinic (Florida Bar No. 57597)

AKERMAN LLP

Three Brickell City Centre

98 Southeast Seventh Street, Suite 1100

Miami, FL 33131

Tel: (305) 374-5600

Fax: (305) 374-5095

Email: ilana.tabacinic@akerman.com

*Counsel for Plaintiffs*

*Counsel for Plaintiffs*

| | |
|---|---|
| Ilana Tabacinic (Florida Bar No. 57597)<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL 33131<br>Tel: (305) 374-5600<br>Fax: (305) 374-5095<br>Email: ilana.tabacinic@akerman.com | Steven H. Schulman (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue NW<br>Washington, DC 20036<br>Tel:  (202) 887-4000<br>Fax: (202) 887-4288<br>E-mail: sschulman@akingump.com |
| Judith Brown Chomsky (*pro hac vice*)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Post Office Box 29726<br>Elkins Park, PA  19027<br>Tel:  (215) 782-8367<br>Fax:  (215) 782-8368<br>E-mail: judithchomsky@icloud.com | Joseph L. Sorkin (*pro hac vice*)<br>Jennifer L. Woodson (*pro hac vice*)<br>Saurabh Sharad (*pro hac vice*)<br>Christine Doniak (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Tel:  (212) 872-1000<br>Fax: (212) 872-1002<br>E-mail: jsorkin@akingump.com<br>E-mail: jwoodson@akingump.com<br>E-mail: ssharad@akingump.com<br>E-mail: cdoniak@akingump.com |
| Beth Stephens (*pro hac vice*)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway<br>Seventh Floor<br>New York, NY 10012<br>Tel:   (212) 614-6431<br>Fax:  (212) 614-6499<br>E-mail: beth.stephens@rutgers.edu | Zak Franklin (*pro hac vice*)<br>Erica Abshez Moran (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>Tel:  (310) 229-1000<br>Fax: (310) 229-1001<br>E-mail: zfranklin@akingump.com<br>E-mail: emoran@akingump.com |
| David Rudovsky (*pro hac vice*)<br>KAIRYS, RUDOVSKY, MESSING &<br>FEINBERG LLP<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19016<br>Tel: (215) 925-4400<br>Fax: (215) 925-5365<br>E-mail: drudovsk@law.upenn.edu | Rubén H. Muñoz (*pro hac vice*)<br>Jason Weil (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br>Tel:  (212) 965-1328<br>Fax: (215) 965-1210<br>E-mail: rmunoz@akingump.com<br>E-mail: jweil@akingump.com |

| | |
|---|---|
| Paul Hoffman (*pro hac vice*)<br>SCHONBRUN, SEPLOW,<br>HARRIS & HOFFMAN, LLP<br>723 Ocean Front Walk<br>Venice, CA 90201<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040<br>E-mail: hoffpaul@aol.com | Tyler R. Giannini (*pro hac vice*)<br>Susan H. Farbstein (*pro hac vice*)<br>Thomas Becker (*pro hac vice*)<br>INTERNATIONAL HUMAN RIGHTS CLINIC,<br>Human Rights Program<br>Harvard Law School<br>Pound Hall 401, 1563 Massachusetts Avenue<br>Cambridge, MA 02138<br>Tel: (617) 495-9362<br>Fax: (617) 495-9393<br>E-mail: giannini@law.harvard.edu<br>E-mail: sfarbstein@law.harvard.edu<br>E-mail: thomasbainbecker@gmail.com |