# Exhibit A

```
 1
 2                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 3                          MIAMI DIVISION
 4
        _____X
 5      ELOY ROJAS MAMANI; ETELVINA    )
        RAMOS MAMANI; SONIA ESPEJO     )
 6      VILLALOBOS; HERNAN APAZA       ) Case No. 08-21063-CV-COHN
        CUTIPA; TEOFILO BALTAZAR       )
 7      CERRO; JUANA VELANCIA de       )
        CARVAJAL; HERMOGENES BARNABE   )
 8      CALLEZAYA; GONZALO MAMANI      )
        AGUILAR and FELICIDAD ROSA     )
 9      HUANCA QUISPE,                 )
                    Plaintiffs,        )
10           -vs-                      )
        GONZALO DANIEL SANCHEZ de      )
11      LOZADA SANCHEZ BUSTAMANTE,     )
                    Defendants.        )
12      _____)
        AND RELATED ACTION.            ) Case No. 07-22459-CV-COHN
13      _____X
14
                    VIDEOTAPED DEPOSITION OF
15                   EDWIN AGUILAR VARGAS
                        Quito, Ecuador
16                     February 23, 2018
17
           Reported by:
18
               DANA N. SREBRENICK, RPR, CRR
19
               JOB NO. 138139
20
21
22
23
24
25
```

1

2                      February 23, 2018

                          10:22 a.m.

3

4          Videotaped Deposition of EDWIN

      AGUILAR VARGAS, held at the Hilton Colon

5    Quito, Quito, Ecuador before Dana N. Srebrenick,

      CRR, CLR, a Registered Professional

6    Reporter and Certified Realtime Reporter.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

E. Vargas

17      Q.    Okay.  Mr. Aguilar, can you tell

18    your full name to the jury, please?

19      A.    My name is Edwin Elias Aguilar Vargas.

20      Q.    Mr. Aguilar, do you declare

21    today under penalty of perjury under the

22    laws of the United States of America that

23    the testimony you are going to give will

24    be true and correct?

25      A.    Yes.

E. Vargas

18      Q.     Mr. Aguilar, where are you from?

19      A.     From the City of La Paz.

22      Q.     Now, Mr. Aguilar, I want to talk

23   today with you about events in September

24   and October of 2003, okay?

25      A.     Yes.

```
 1                  E. Vargas

 2        Q.    Did you have a job at that time

 3   in 2003?

 4        A.    No.

 5        Q.    Okay.  What were you doing for

 6   employment at that time?

 7        A.    I was at the barracks.

 8        Q.    So, you were in the military?

 9        A.    Yes.  I was in the Army.

10        Q.    That was the Bolivian National

11   Army?

12        A.    Yes.

13        Q.    When did you join the Bolivian

14   Army?

15        A.    In 2003.

16        Q.    Do you remember what month?

17        A.    January of 2003.

18        Q.    Did you volunteer to join the

19   Army, or were you conscripted?

20        A.    It was voluntary.

21        Q.    What was your position or --

22   excuse me.

23              What was your rank in the Army

24   in September and October of 2003?

25        A.    I was a soldier.
```

```
 1                 E. Vargas

 2        Q.    Were you in a unit at that time?

 3        A.    I was in

 4   the Cavalry Regiment 4, Ingavi.

 5        Q.    Is Ingavi the name of the unit?

 6        A.    Yes.




10        Q.    Who was in charge of the Ingavi

11   unit, your understanding?

12        A.    I don't remember the name of the

13   lieutenant colonel.

14        Q.    Let me ask it differently.  Who

15   did you report to?

16        A.    To our lieutenant.

17        Q.    Was there someone between you

18   and the lieutenant colonel that you

19   reported to?

20        A.    It was the sergeant, sublieutenant and

21   lieutenant --




24        A.    -- from the instructors.
```

E. Vargas

6     Q.    So, the sergeant was the most

7   senior?

8     A.    No. Sergent is inferior, sublieutenant, lieutenant, captain. It

9   goes by ranks.

10    Q.    Understood.  And which rank did

11   you report directly to in September and

12   October 2003?

13    A.    It was to Sublieutenant Aguirre.

14    Q.    And is that called a

15   sublieutenant?

16    A.    Under Sublieutenant Aguirre.

24    Q.    Sublieutenant Aguirre, who did

```
 1                    E. Vargas

 2    Sublieutenant Aguirre report to?

 3         A.    To Lieutenant Miranda.

 4         Q.    Do you know who Lieutenant

 5    Miranda reported to?

 6         A.    To the major.  The name, I can't

 7    remember.

 8         Q.    Mr. Aguilar, now I want to ask

 9    you first just the specific locations that

10    you recall, okay?

11         A.    Okay.

12         Q.    In September 2003, can you tell

13    me each location you remembered your unit

14    being sent into the field?

15         A.    Yes.

16         Q.    Please go ahead.

17         A.    In the date of September, we

18    started going out to the Ceja, C-E-J-A, del

19    Alto, D-E-L, A-L-T-O.  At the beginning,

20    they didn't tell us what it was for.  We

21    were just on the bridges and the

22    overpasses.

23         Q.    Okay.  And right now -- we'll

24    talk about what happened in a minute.  I

25    just want to understand the specific
```

```
 1                    E. Vargas

 2   locations right now, okay?  Okay?

 3        A.    Yes.

 4        Q.    Okay.  So, in September of 2003,

 5   your unit went into the field to La Ceja,

 6   correct?

 7        A.    Yes.

 8        Q.    Anywhere else that you remember

 9   in September 2003?

10        A.    They sent us to Warisata.

11        Q.    Any other location in September

12   2003 that you can remember?

13        A.    The Bridge Bolivia and

14   Senkata.

15        Q.    Okay.  Do you remember whether

16   Senkata and Bridge Bolivia were also in

17   September of 2003?

18        A.    It was at the end of

19   September and beginnings of October.

20        Q.    Okay.  Mr. Aguilar, I want to

21   talk to you now about when you were

22   deployed into the field in La Ceja in

23   September, okay?

24             MR. SORKIN:  In La Ceja.

25   BY MR. SORKIN:
```

                      E. Vargas

1

2        Q.      Do you remember when that was?

3        A.      No.

4        Q.      Was it before or after you were

5   in the field in Warisata?

6        A.      They sent us to Ceja and

7   Warisata and then Ceja, Senkata, Ventilla, back and forth.  It was a

8   constant movement.

9        Q.      Okay.  The first time you were

10  in the field in La Ceja, was that before

11  the first time you were in Warisata?

12       A.      Yes.

13       Q.      Okay.  The first time you were

14  in La Ceja, how many soldiers were in the

15  field with you?

16       A.      My unit is of 120.

17       Q.      Was it the entire unit that was

18  in the field in La Ceja?

19       A.      Yes, it was.

20       Q.      What was your unit doing in La

21  Ceja?

22       A.      Ensuring that there

23  were no blockades.

24       Q.      Can you explain that a little

25  differently for us?

                        E. Vargas

1

2      A.    That there were

3  no demonstrations that would be blockading

4  the passage -- the freedom of movement.

5      Q.    And where was your unit moving

6  while you were doing this?

7      A.    We were every day on the

8  overpass at La Ceja.

9      Q.    Okay.  Now I want to talk about

10 when you were in the field in Warisata for

11 the first time in September.

12     A.    Yes.

13     Q.    Do you remember when that was?

14     A.    The 20th of September.

15     Q.    How many soldiers were with you

16 when you were sent out?

17     A.    116.

18     Q.    Is that approximately the size

19 of your unit?

20     A.    In Bolivia, we call it a

21 squadron. It is a group of soldiers.  There are a number of units in

22 that squadron.

23     Q.    When you were sent in the field

24 in Warisata, was it just your unit, or

25 were there other units that were part of

```
 1                    E. Vargas

 2   the squadron?

 3        A.    It was only our unit.

 4        Q.    And can you tell me what your

 5   role was in the unit?

 6        A.    I was the person in charge of

 7   ammunitions.

 8        Q.    Were you carrying ammunitions

 9   for the whole unit?

10        A.    Yes.

11        Q.    What kind of ammunition were you

12   carrying for the unit when you were sent

13   into the field in Warisata?

14        A.    War munitions.

15        Q.    Can you explain what you mean by

16   "war ammunitions"?

17        A.    It was for the FAL firearms.

18        Q.    And were those munitions

19   munitions that could kill?

20        A.    Yes.

21        Q.    Did you also have munitions that

22   wouldn't kill?

23        A.    We had gas grenades.

24        Q.    And what did the gas grenades

25   do?
```

```
 1                    E. Vargas

 2        A.    Only to distance people.

 3        Q.    Mr. Aguilar, I'm going to hand

 4   you what I'm asking the court reporter to

 5   mark as Plaintiffs' Exhibit 204.

 6              (Exhibit P-204, Copy of

 7        photograph, marked for

 8        identification.)

 9   BY MR. SORKIN:

10        Q.    Mr. Aguilar, can you look at

11   Exhibit 204 and tell me what that is?

12        A.    It's a FAL firearm, folding stock.

13        Q.    When you say "the forefront,"

14   are you referring to this piece?

15        A.    Yes, this one right behind,

16   right here.

17        Q.    Okay.  So, the -- and I'm going

18   to show my ignorance of guns.  Are you

19   pointing to the stock?

20        A.    Yes.

21        Q.    So, the stock can come out?

22        A.    Yes.
```

1                    E. Vargas

2        Q.    When you spoke earlier about

3    carrying munitions for an FAL, is this the

4    gun that you were talking about?

5        A.    Yes.

6        Q.    Mr. Aguilar, is Exhibit 204 a

7    fair and accurate representation of the

8    FAL that your unit was carrying when you

9    were sent into the field in Warisata?

10       A.    The firearm is the same,

11   but it didn't have the flexible stock.

12       Q.    Okay.  And when you say "the

13   forefront," is that the stock?

14       A.    Yes.  At that point, it was

15   fixed.  It was not flexible.

16       Q.    When you were deployed in

17   Warisata, was the stock on the FAL or off

18   of the FAL?

19       A.    It was fixed.  It was just right

20   on.

21       Q.    Okay.  So is Exhibit 204 a fair

22   and accurate representation of the weapon

23   that you had and that your colleagues had

24   in your unit when you were sent into the

1                    E. Vargas

2     field in Warisata?

3          A.    Yes.

4          Q.    The munitions that you were

5     carrying for the FAL in Exhibit 204, were

6     those munitions that could kill, or were

7     they munitions that could just injure?

8          A.    They could kill.

9          Q.    While you were in Warisata,

10    again, September of 2003, did you ever

11    discharge the FAL with munitions that

12    could kill?

13         A.    Could you repeat the question?

14         Q.    Sure.  While you were in

15    Warisata in September of 2003, did you

16    ever discharge an FAL with munitions that

17    could kill?

18         A.    No.

19         Q.    Did any of the other soldiers in

20    your unit discharge FALs with munitions

21    that could kill in September of 2003?

22         A.    It was the instructors.

23         Q.    Who?  Which instructors?

24         A.    There were the sergeants, the sublieutenants and

25    Lieutenants.

E. Vargas

3      Q.    So, you saw sergeants,

4  lieutenants, colonels and sublieutenants

5  firing FALs with munitions that could kill

6  in September of 2003?


9      A.    Yes.

10  BY MR. SORKIN:

11      Q.    Did you receive an order to fire

12  your FAL with munitions that could kill in

13  Warisata in September 2003?

14      A.    Yes.

15      Q.    Who gave you that order?

16      A.    The lieutenant.

17      Q.    Which lieutenant?

18      A.    Miranda.

19      Q.    What did Lieutenant Miranda say?

20      A.    That we had an order to shoot at

21  anything that moved.

22      Q.    Do you remember Lieutenant

23  Miranda saying anything else?

24      A.    He only shouted and screamed at

25  us.

1                    E. Vargas

2          Q.    Did anyone else give you an

3   order to fire your FAL with munitions that

4   could kill in September 2003?

5          A.    No.

6          Q.    Why didn't you fire your FAL

7   with munitions that could kill?

8          A.    Because they were people from

9   the countryside and also elderly people.

18   BY MR. SORKIN:

19         Q.    Sure.  What -- when you received

20   the order to fire your FAL with munitions

21   that could kill, how did you feel?

22         A.    I felt bad because my family is

23   from the countryside.

E. Vargas

6    BY MR. SORKIN:

7         Q.    Can you describe what you saw?

8         A.    I don't remember.  Could you

9    repeat again?

E. Vargas

4    BY MR. SORKIN:

5         Q.    Can you describe for me what you

6    remember seeing?

7         A.    Explain it?

8         Q.    Yes.

9         A.    I was behind the Lieutenant

10   Miranda.  I had to receive his every command because I was in charge of

11   guiding the soldiers.  And, from the moment we entered

12   the village, he ordered that we had to shoot at anything

13   that moved.

E. Vargas

```
 7    BY MR. SORKIN:

 8         Q.    Okay.  Mr. Aguilar, I want to

 9    take you back to Warisata in September of

10    2003.  After receiving orders to shoot

11    with munitions that could kill, please

12    describe what you remember.

13         A.    To guide the troops forward,

14    to lift up the rocks and to unlock that.
```

E. Vargas

9      BY MR. SORKIN:

10           Q.    Did you shoot your FAL with

11     munitions that can kill in Warisata?

12           A.    No.

18     BY MR. SORKIN:

19           Q.    Did you see other people in your

20     unit shoot their FALs?

21           A.    No.

22           Q.    Earlier you described what was

23     happening as you passed through Warisata.

24     Do you remember that?

25           A.    Yes.

E. Vargas

8    BY MR. SORKIN:

9         Q.    Can you describe what you

10   remember seeing?

11        A.    When we were going through the town, the instructors that were

12   ahead would shoot at anything that moved

13   or screamed.


15        Q.    Who are the instructors?

16        A.    Sergeants, sublieutenants and lieutenant.


18        Q.    What kind of guns were they --

19   were the instructors using?

20        A.    The FAL firearm and their

21   own personal revolvers.

E. Vargas

17    BY MR. SORKIN:

18        Q.    What kind of bullets were being

19    fired by the FAL rifles?

20        A.    War bullets, war -- war

21    munitions.

22        Q.    Were they rubber bullets?

23        A.    No.

24        Q.    When -- were you following

25    behind the instructors as they were

```
 1                   E. Vargas

 2    shooting and proceeding through Warisata?

 3         A.    Yes.

 4         Q.    Can you describe what you saw?

 5         A.    I was behind the lieutenant,

 6    and he commanded me thet everything that he did I had

 7    to follow his movements or his steps.  And he shot.  Every time he went

 8   forward or came across a square, he would shoot bursts of bullets.

 9         Q.    What was he shooting at?

10         A.    At everything.

11         Q.    Does everything include people?

12         A.    Yes.

13         Q.    Does everything include windows?

14         A.    Yeah.  There were windows, yes,

15    yes.

16         Q.    Does everything include

17    buildings?

18         A.    Yes.
```

```
23         Q.    When you were following
```

1                    E. Vargas

2    Lieutenant Miranda, did you ever see any

3    civilian shooting at you or any of your --

4    any of the soldiers in your unit?

5         A.    No.

6         Q.    After you received the order to

7    shoot anything that moves, did you see any

8    civilians shooting at any military

9    officers?

10        A.    No.

11        Q.    How long did it take you to get

12   through Warisata while you were following

13   lieutenant -- Lieutenant Miranda?

14        A.    It was a whole afternoon until

15   it became evening.

16        Q.    So, did it take several hours?

17        A.    Yes.

18        Q.    In addition to Lieutenant

19   Miranda, did you see any other instructors

20   shooting FALs or their personal revolvers?

21        A.    Yes.

22        Q.    Can you tell me what you

23   remember seeing?

24        A.    So what happened is, at the end,

25   we went through, across the avenue, and it

```
 1                    E. Vargas

 2    was mixed up.  There was -- there were

 3    people who responded to the call.  They

 4    came into the homes.  They were shooting

 5    back and forth.

 6    And why -- when I asked my

 7    supervisor, my lieutenant, what was going

 8    on, he said there were people of a higher

 9    rank who were coming into the area, into

10    the houses.

11             MR. SORKIN:  Clarification for

12         the translator.  Was higher rank

13         actually special forces?

14             THE INTERPRETER:  Yes, that is

15         correct.

16    BY MR. SORKIN:

17         Q.    What are special forces?

18         A.    They are more specialized for a

19    conflict or a war.

20         Q.    How are they more specialized?

21         A.    They all had their faces covered

22     and they communicated by radio.

23         Q.    What kind of weapons were they

24    carrying?

25         A.    I don't remember.
```

```
 1                 E. Vargas
 2        Q.    Were they FALs?


 4        A.    No.
 5   BY MR. SORKIN:
 6        Q.    Do you remember anything about
 7   the general description of the weapons
 8   they were carrying?
 9        A.    They were very different from
10   the weapons that we ourselves carried.
11        Q.    How were they different?
12        A.    They were light, because they were
13   easily handled by them.
14        Q.    Do you remember anything else
15   about the uniforms of the special forces?
16        A.    They were in camouflage.
17        Q.    Do you remember anything else
18   about the individuals, the appearance of
19   the individuals of the special forces?
20        A.    They were all covered up with
21   their helmets and their face masks.
```

E. Vargas

14      Q.    Mr. Aguilar, as you were going

15   through Warisata and instructors were

16   shooting, at that moment in time, can you

17   describe how civilians were reacting?


19      A.    The first thing I saw at the

20   beginning was that there were people

21   screaming and throwing rocks and there were tires

22   that were being lit up and on fire.

E. Vargas

```
19    BY MR. SORKIN:

20         Q.    Okay.  Mr. Aguilar, I want to

21    now talk about another place that you

22    mentioned earlier that you were deployed.

23              Okay.  You mentioned being

24    deployed to the Senkata plant.
```

1                    E. Vargas

2        A.      Yes.

3        Q.      Do you remember when that was?

4        A.      No, I don't remember well.

5        Q.      Was it after Warisata?

6        A.      Yes.

7        Q.      How many soldiers were deployed

8    to the Senkata plant?

9        A.      It was my unit.

10       Q.      What kind of weapons were you

11   carrying?

12       A.      So, already at that point I had

13   the M-16.

14       Q.      Any other weapons?

15       A.      The -- gas shotgun.

16       Q.      For the M-16, what kind of

17   bullets did you have?

18       A.      War munitions.

19       Q.      Were there any other units other

20   than yours that were with you at the

21   Senkata plant?

22       A.      It was the next day.

23       Q.      While you were at the Senkata

24   plant, though, were there any other units

```
 1                    E. Vargas

 2    other than yours?

 3         A.    At one point, there was the

 4    police.

 5         Q.    Mr. Aguilar, I'm going to hand

 6    you what's being marked as Exhibit 205.

 7              (Exhibit P-205, Copy of

 8         photograph, marked for

 9         identification.)

10    BY MR. SORKIN:

11         Q.    Mr. Aguilar, can you tell me

12    what is on -- what is depicted on Exhibit

13    205?

14         A.    It's the M-16 firearm .

15         Q.    Is this the firearm that you

16    were carrying when you were at the Senkata

17    plant?

18         A.    Yes.

19         Q.    Is this a fair -- is Exhibit 205

20    a fair and accurate representation of the

21    M-16 that you were carrying at -- when you

22    were at the Senkata plant?

23         A.    Yes.
```

E. Vargas


3    BY MR. SORKIN:

4         Q.    Mr. Aguilar, before being

5    deployed to the Senkata plant, had you

6    ever carried an M-16?

7         A.    No.

8         Q.    Did you receive any training on

9    how to shoot an M-16?

10        A.    No.

11        Q.    Had you received training on how

12   to shoot an FAL?

13        A.    Yes.

14        Q.    When did you receive that

15   training?

16        A.    Since the time I came into the

17   Army.

18        Q.    So earlier in 2003 would that

19   have been?

20        A.    Yes.

21        Q.    Mr. Aguilar, I want to now talk

22   about another location you mentioned.

23             You mentioned being sent onto

24   the Bolivia Bridge.  Do you remember that?

25        A.    Yes.

```
 1                    E. Vargas

 2        Q.    Do you remember what date that

 3   was?

 4        A.    No.  It was after Senkata.

 5        Q.    Earlier you mentioned your unit

 6   was under the command of Lieutenant

 7   Miranda.  Was that --


 9   BY MR. SORKIN:

10        Q.    Was that still the case when you

11   were sent to the Bolivia Bridge?

12        A.    Yes.

13        Q.    Where was the Bolivia Bridge?

14        A.    It was before arriving to the

15   Senkata plant.

16        Q.    Was it a bridge that went over a

17   street?

18        A.    Yes.

19        Q.    What street did it go over?

20        A.    It's the highway that goes in

21   the direction of the Senkata plant.

22        Q.    Do you remember how far away the

23   Bolivia Bridge was from the Senkata plant?

24        A.    No, no.  It's --

25        Q.    Were you carrying an M-16 while
```

```
 1                 E. Vargas

 2    you were on the Bolivia Bridge like when

 3    you were at the Senkata plant?

 4         A.   Yes.




10    BY MR. SORKIN:

11         Q.   Let me ask a different question.

12              How many people from your unit

13    were on the Bolivia Bridge?

14         A.   Half of the squadron.

15         Q.   Do you know, was that your

16    entire unit?

17         A.   Yes.

18         Q.   And other soldiers as well?

19         A.   Yes.  They were behind us.

20         Q.   What -- were there civilians on

21    the street below you?

22         A.   In the surrounding area.

23         Q.   What time of day was it?

24         A.   It was the whole morning.

25         Q.   What orders, if any, did you
```

```
1                E. Vargas

2   receive from Lieutenant Miranda while you

3   were on the Bolivia Bridge?


5        A.   The first thing he did was

6   shoot gas grenades.

7   BY MR. SORKIN:

8        Q.   Where?

9        A.   To the people who were

10  approaching.  So, when the gas gren -- gas

11  grenades didn't explode, he ordered us

12  to shoot.  We looked at each other,

13  and we didn't shoot.  So, the

14  lieutenant got the musket and shot at us.

15       Q.   Why didn't you shoot?

16       A.   Because my comrades and

17  colleagues lived in that area.



20            Who gave the order to shoot?

21       A.   The lieutenant.

22       Q.   Which lieutenant?

23       A.   Miranda.

24       Q.   What do you remember Lieutenant

25  Miranda saying?
```

49

```
1                  E. Vargas

2          A.    He shot at us. The gas grenade exploded and he

3      said, that the people were attacking us and to shoot.
```

E. Vargas

5    BY MR. SORKIN:

6         Q.    Mr. Aguilar, when you were on

7    the Bolivia Bridge, did Lieutenant Miranda

8    give any orders?

9         A.    Yes.

10        Q.    What orders did he give?

11        A.    To shoot.

12        Q.    To shoot at what?

13        A.    At the people.

14        Q.    Where were the people?

15        A.    Underneath on the highway.  We

16   were up on the bridge, and the lieutenant

17   told us to shoot down at the people who

18   were under the bridge.

19        Q.    What guns did he order you to

20   shoot with?

21        A.    A group of us had the weapon

22   M-16.

23        Q.    Did you shoot and follow those

24   orders?

25        A.    No.

```
1                    E. Vargas

2        Q.    Did your -- did the other

3   soldiers with you in your unit shoot and

4   follow those orders?


6        A.    Those who were there did not

7   shoot.


9        Q.    Why didn't you shoot?

10       A.    Because the soldiers were from

11  that area, from that zone.  They lived

12  there.

13       Q.    What did Lieutenant Miranda do

14  when you refused to shoot?

15       A.    He spoke with the Sublieutenant Aguirre.

16  And so, when Sublieutenant Aguirre asked

17  me why we did not shoot, I said that my

18  comrades lived in that

19  area.

20       Q.    Did Lieutenant Miranda shoot?

21       A.    Yes.

22       Q.    Can you describe what you saw

23  when Lieutenant Miranda was shooting?

24       A.    That he was charging his gas
```

```
 1                  E. Vargas

 2     shotgun and that he would shoot.  And

 3     because we didn't shoot, they exchanged us

 4     with the other group of my unit.

 5         Q.    Can you describe who came in in

 6     your place?

 7         A.    It was the half of the unit

 8     that was behind us.  They changed us with them.

 9         Q.    And what happened after the next

10     group came in?

11         A.    Since I had the order from

12     Sublieutenant Aguirre, to listen to

13     the radio with my headphone, to hear

14     everything that was going on on the news,

15     and I didn't -- they went ahead, and then

16     we started hearing the shooting.

17         Q.    What shooting?

18         A.    War shooting.  All the

19     instructors the units that were there with tanks

20     and machine guns, and they -- they

21     started shooting bursts --
```

```
 1                    E. Vargas

 2        A.    -- bursts of weapon fire that

 3   were just fire -- fires, shooting multiple

 4   bursts of fire.

 5   BY MR. SORKIN:

 6        Q.    Was that the unit that replaced

 7   you that was doing the shooting?

 8        A.    Yes.

 9             MR. SORKIN:  I'll reserve the

10        rest of my time.

11             MR. RABER:  And how much is

12        that?

13             THE VIDEOGRAPHER:  This will be

14        the end of video media disk number 1.

15        The time is 11:53 a.m.

16             (Whereupon, a brief recess is

17        taken from 11:53 a.m. to 12:01 p.m.)

18             THE VIDEOGRAPHER:  We're back on

19        the video record.  This is video media

20        disk number 2.  The time is 12:02 p.m.

21         CROSS-EXAMINATION BY MR. RABER:

22        Q.    Mr. Aguilar, starting on

23   September 15th, 2003, you and other

24   soldiers performed security patrols in the

25   La Ceja area of El Alto, correct?
```

```
 1                    E. Vargas

 2         A.     Yes.

 3         Q.     You and the soldiers wore

 4    camouflage uniforms and helmets?

 5         A.     Yes.

 6         Q.     You were armed with rifles and

 7    lethal ammunition?

 8         A.     Yes.

 9         Q.     Were you armed with dynamite?

10         A.     No.

11         Q.     Are soldiers armed with

12    dynamite?

13         A.     No.

14         Q.     People threw firecrackers and

15    shouted at you?

16         A.     Yes.

17         Q.     But you and the soldiers did not

18    shoot at anyone; did you?

19         A.     No.

20         Q.     Let's compare what happened days

21    later on September 20th, 2003, okay?

22         A.     Yes.

23         Q.     Early in the morning on

24    September 20th, your unit left El Alto and

25    went to a base in Achacachi in military
```

```
 1                E. Vargas

 2   trucks?

 3       A.    Yes.

 4       Q.    Achacachi is close to a town

 5   called Warisata?

 6       A.    Yes.

 7       Q.    After lunchtime, your unit left

 8   for Warisata in a white military truck?

 9       A.    Yes.

10       Q.    When you left for Warisata, you

11   and your fellow soldiers were armed with

12   nonlethal ammunition?

13       A.    The 8th infantry regiment had

14   war weapons, and had anti --

15            MR. GILLENWATER:  Riot?

16       A.    -- riot weapons --

17            THE INTERPRETER:  Yes.

18       A.    -- but we also had some other

19   weapons which were antiwar.

20   BY MR. RABER:

21       Q.    That's right.  But when you left

22   for Warisata, your -- your cartridges were

23   nonlethal ammunition, correct?

24       A.    They were war cartridges.

25       Q.    Sir, I want to show you a
```

```
 1                 E. Vargas

 2    document we'll mark as Aguilar Exhibit 1.
```

```
11          Q.    Mr. Aguilar, Exhibit 1 is a

12    declaration that you signed on December --

13    December 15th, 2017, correct?
```

```
16          A.    Yes.

17    BY MR. RABER:

18          Q.    You signed this swearing to tell

19    the truth, correct?

20          A.    Yes.

21          Q.    And Exhibit 2 is sworn testimony

22    that you gave in 2010 in Bolivia.

23                Let me ask you this:  Do you

24    remember that you testified under oath in

25    Bolivia in 2010?
```

                    E. Vargas

2        A.    Yes.

3        Q.    And I will represent that this

4   is a transcript of that testimony.

5        A.    Yes.

6        Q.    And did you swear to tell the

7   truth when you testified in 2010?

8        A.    Yes.

9        Q.    Please turn to your testimony

10  from 2010 at page 764.  And near the

11  bottom, were you asked this question, and

12  did you give this answer?

18              Question:  "You said they told

19  you to change the chargers.  What kind of

20  chargers?"

21              Answer:  "At first, the rifles

22  were charged with nonlethal munitions.

23  They told us to change those charges with

24  war ammunitions."

25              Did you give that answer under

```
1                    E. Vargas

2      oath in 2010?

3           A.    Yes.
```

E. Vargas

20          So, you changed from nonlethal

21    munitions to lethal munitions only after a

22    soldier had been killed?

23          A.    It was for -- for the first

24    group who came in.

25          Q.    Sir, you were not ordered to

```
 1                 E. Vargas

 2    change from nonlethal munitions to lethal

 3    munitions until after a soldier had been

 4    killed, correct?

 5         A.    Yes.

 6         Q.    The trip to Warisata was very

 7    slow?

 8         A.    Yes.

 9         Q.    That's because there were big

10    ditches that had been dug in the road?

11         A.    Yes.

12         Q.    The bridges on the way to

13    Warisata had been blown apart and

14    destroyed?

15         A.    We only saw that they were

16    destroyed.

17         Q.    You and your unit finally

18    arrived in Warisata at about 3:00 p.m.?

19         A.    I don't remember.

20         Q.    Please look at Exhibit 1,

21    paragraph 15.



24         Q.    Does paragraph 15 refresh your

25    memory that you arrived in Warisata at
```

```
 1                   E. Vargas

 2     approximately 3:00 p.m.?

 3          A.    Yes, about that time.

 4          Q.    The main street through the town

 5     of Warisata is lined with buildings,

 6     houses and trees on both sides?

 7          A.    Yes.

 8          Q.    I'd like to show you Exhibits 3

 9     and 4.
```

```
24          Q.    Does Exhibit 3 fairly and

25     accurately show the main street going
```

```
1                    E. Vargas

2    through Warisata in 2003?

3         A.    Warisata?

4         Q.    Yes.

5         A.    Yes.

6               MR. RABER:  We'll move for the

7    admission of Exhibit 3.
```

```
15        Q.    There are hills and mountains

16   outside the Town of Warisata, correct?

17        A.    Yes.

18        Q.    Let's talk about what happened

19   when you got to the entrance to the town.

20   You got out of the truck with most of your

21   unit?

22        A.    Yes.

23        Q.    You saw teargas ahead of you?

24        A.    Well, the police had shot

25   previously ahead.
```

```
 1                    E. Vargas

 2        Q.    And you saw the teargas?

 3        A.    Yes, because it was a white

 4   smoke coming towards us.

 5        Q.    You heard dynamite blasts?

 6        A.    Yes.

 7        Q.    You heard the sounds of bullets?

 8        A.    Because the instructors were

 9   already shooting.

10        Q.    Sir, when you arrived -- when

11   you heard the dynamite blasts, you also

12   heard the sound of bullets, correct?

13        A.    Yes.

14        Q.    I'd like you to look, if you

15   would, at paragraph 16 of your previous

16   sworn statement.  This paragraph says,

17   "When we arrived in the Town of Warisata,

18   I exited the truck with most of our unit.

19   I saw teargas and heard sounds of bullets

20   and dynamite blasts or firecrackers."

21              Do you see that?

22              THE INTERPRETER:  Okay.

23   BY MR. RABER:

24        Q.    Correct?

25        A.    Yes.
```

E. Vargas

15    Q.    Can you point to anything in
16  paragraph 16 of your sworn statement that
17  says that instructors were already
18  shooting?
19    A.    It was the police who were in
20  front of us who were already shooting.
21    Q.    But the police did not have
22  weapons with war munitions; did they?
23    A.    No.
24    Q.    You could see people -- all
25  right.  And also, are you able to show us

```
 1                    E. Vargas

 2    anything in paragraph 16 that refers to

 3    instructors shooting in Warisata?

 4         A.    No.

 5         Q.    When you came to the entrance to

 6    Warisata, you could see people from the

 7    town stationed in trees on sides of the

 8    road, correct?

 9         A.    Yes.

10         Q.    And you reported that to your

11    sergeant?

12         A.    To the under lieutenant,

13    sublieutenant.

14         Q.    The military truck continued

15    forward towards the center of town?

16         A.    Yes.

17         Q.    At that point, there was a lot

18    of smoke and a lot of gas?

19         A.    Yes.

20         Q.    You couldn't see anything?

21         A.    Yes.

22         Q.    You heard the sound of dynamite

23    in front of the trucks?

24         A.    Yes.

25         Q.    Your lieutenant ran behind the
```

```
 1                E. Vargas
 2   truck telling them to stop?
 3        A.    Yes.
 4        Q.    The truck started to back up in
 5   reverse?
 6        A.    Yes.
 7        Q.    There was a lot of smoke because
 8   the police were using teargas to control
 9   people, and the wind was blowing the smoke
10   toward you?
11        A.    Yes.
12        Q.    You and the members of your unit
13   leaned against the wall of a house on the
14   side of the road?
15        A.    So we came all the way down to
16   the beginning of the village, of the town.
17        Q.    And you were leaning up against
18   a wall?
19        A.    Yes.
20        Q.    And about five or ten minutes
21   later, the truck came back to where you
22   were leaning against the wall?
23        A.    Yes.
24        Q.    People on the truck were
25   yelling, "Man injured, Man injured"?
```

```
 1                  E. Vargas

 2        A.    Yes.

 3        Q.    The police were shouting?

 4        A.    Yes.

 5        Q.    You saw injured police who had

 6   been shot?

 7        A.    Yes.

 8        Q.    The police were asking you to

 9   shoot?

10        A.    Yes.

11        Q.    Because the police did not have

12   war weapons?

13        A.    Yes.




17        Q.    The police were desperate for

18   help because of the wounded people?


20        A.    Yes.

21   BY MR. RABER:

22        Q.    The police were asking you to

23   shoot at the mountains?

24        A.    Yes.

25        Q.    You were all very nervous
```

1                    E. Vargas

2    because the police kept telling you to

3    shoot?

4         A.    Yes.

5         Q.    But you didn't shoot at that

6    point because you didn't have an order yet

7    from your superiors to shoot?

8         A.    Yes.

17   BY MR. RABER:

18        Q.    So, your testimony earlier today

19   that you had an order to shoot when you

20   first arrived in Warisata was not correct?

22        A.    Can you repeat the question?

23   BY MR. RABER:

24        Q.    You just told us that, when the

25   police were asking you to shoot, you did

```
 1                E. Vargas

 2   not shoot because you did not have an

 3   order from your superiors to shoot?

 4        A.    Yes.

 5        Q.    Earlier today, in responding to

 6   questions from Mr. Sorkin, you said that

 7   you had an order to shoot when you first

 8   arrived in Warisata?


10   BY MR. RABER:

11        Q.    That answer was not correct?

12              MR. SORKIN:   Objection, form.

13        A.    I don't understand.  I just

14   don't understand.
```

E. Vargas

10    BY MR. RABER:

11        Q.    In your sworn testimony in 2010,

12    did you say --

E. Vargas

```
 9        Q.    Did you say, "We were standing

10    by a wall, the police was shouting, and we

11    were able to see the wounded.  The police

12    wanted us to shoot, but we hadn't received

13    the order from our superiors"?
```

E. Vargas

9    Q.    Did you give that testimony

10   under oath in 2010?

11   A.    Yes.

12   Q.    And turning to the next page,

13   were you asked this question, and did you

14   give these answers?

15         Question:  "When the policeman

16   came out with the wounded, you didn't have

17   the order to shoot yet?"

18         Answer:  "No, we didn't."

19         Question:  "You didn't shoot?"

20         Answer:  "No, we didn't."

21         Did you give that testimony

22   under oath in 2010?

23   A.    Yes.

24   Q.    At first, when the truck came

25   back, you didn't know which one of your

```
 1                E. Vargas

 2   comrades had been killed because his face

 3   was covered in blood, correct?

 4        A.   I only saw him come down from

 5   the truck.




12        Q.   I'd like you to look at your

13   testimony from page 2764 in December of --

14   or, in -- in 2010.

15             Did you testify under oath, "We

16   didn't know who our deceased comrade was.

17   His face was covered in blood"?

18        A.   Yes.   Can I -- the body and

19   the -- those people who were around my

20   comrade were shouting his name.




24   BY MR. RABER:

25        Q.   The other soldiers then lowered
```

```
 1                    E. Vargas

 2    the body of your comrade from the truck?

 3         A.    Yes.

 4         Q.    You recognized the body as

 5    Sergio Vargas Castro?

 6         A.    Because of all those who were

 7    alive, he was the only one who was

 8    missing.

 9         Q.    But, you saw the body?

10         A.    Yes.

11         Q.    He was a member of your unit?

12         A.    Yes.

13         Q.    He had been shot?

14         A.    Yes.

15         Q.    And he was killed?

16         A.    They told us that when we

17    returned to the barracks that he was dead.

18         Q.    And after police and soldiers

19    had been shot, injured and killed,

20    Lieutenant Miranda ordered you to remove

21    your nonlethal ammunition and switch to

22    lethal ammunition?


24         A.    Yes, because we had gas

25    ammunition.
```

1                    E. Vargas

2      BY MR. RABER:

3          Q.    And then you said earlier today

4      that Lieutenant Miranda then gave you

5      orders to shoot at anything that moved?

6          A.    That was when we already came

7      into the town.

8          Q.    But there was more to the order;

9      wasn't there?

10         A.    We had to receive orders for everything.

11     Even to go into the bathrooms and other

12     places, we had to receive orders.

13         Q.    You left out some important

14     details of the order that you got from

15     Lieutenant Miranda; didn't you?

16         A.    No.

17         Q.    Your orders were, anyone who

18     moved, you were ordered to shoot below the

19     belt; any -- anyone with dynamite or guns,

20     you were ordered to shoot above the belt?

21         A.    Yes.

22         Q.    You left that part out of the

23     order when you were answering questions

24     from Mr. Sorkin this morning; didn't you?

```
1                 E. Vargas

2        A.    Because the question didn't

3    specify that.

4    BY MR. RABER:

5        Q.    And you understand that these

6    orders were designed to minimize the risk

7    that unarmed people would be killed?

8        A.    Could you repeat that again?

9        Q.    You understood that these

10   different orders, above the belt for

11   people armed with dynamite and guns, below

12   the belt for anyone who moves, were

13   designed to minimize the risk that unarmed

14   people would be killed?

15       A.    Yes. But that didn't happen because there were civilian

16   casualties.
```

E. Vargas

```
23   BY MR. RABER:

24       Q.   Let me ask you this question,

25   sir:  During the entire time you were in
```

```
 1                E. Vargas
 2    Warisata, you were on the main street near
 3    the center of town?
 4         A.    Yes.
 5         Q.    After you went through the
 6    center of town, a bus caravan full of
 7    civilian and foreign tourists came
 8    through?
 9         A.    That was towards the end of the
10    evening when everything had ended.
11         Q.    After you had gone through the
12    main street and cleared everything?
13         A.    That was towards the end of the
14    Town or Village of Warisata.
15         Q.    And the bus caravan full of
16    civilians and foreign tourists was able to
17    pass through Warisata safely?
18         A.    Yeah.  They just came through
19    quickly.
20         Q.    There were tractors and military
21    police trucks behind the buses, correct?
22         A.    Yes.
23         Q.    You and your unit left Warisata
24    at about 7:30 or 8:00 p.m. after the
25    caravan had safely passed through town?
```

```
 1                  E. Vargas

 2        A.    Yes.

 3        Q.    You returned to the base in

 4   Achacachi?

 5        A.    Yes, yes, with the infant --

 6   infantry group.

 7        Q.    And you heard later that night

 8   after you left Warisata that a young girl

 9   had been killed in the violence?

10        A.    Yes.

11        Q.    A couple days later you returned

12   to El Alto?

13        A.    Yes.

14        Q.    You started doing security

15   patrols again in the La Ceja -- La Ceja

16   area of El Alto in late September and

17   early October?

18        A.    Yes.

19        Q.    Your squad was comprised of

20   about 30 to 40 soldiers?

21        A.    The squadron, the whole

22   unit is 119.

23        Q.    The squad that was patrolling

24   the La Ceja area was comprised of about 30

25   to 40 soldiers, correct?
```

```
 1                    E. Vargas
 2        A.    Yes.  It was a section.
 3        Q.    During those patrols, was your
 4   squad attacked?
 5        A.    No.
 6        Q.    And during those patrols of the
 7   La Ceja area in late September and early
 8   October, did the soldiers shoot at anyone?
 9        A.    No.
10        Q.    On October 10th, 2003, your unit
11   was taken to the Senkata gas plant?
12        A.    Yes.
13        Q.    It was already dark when you
14   arrived?
15        A.    We arrived, and they cut off the
16   light.
17        Q.    Your orders were to guard the
18   gas plant and provide security?
19        A.    Yes.
20        Q.    There had been threats made
21   against the gas plant?
22        A.    They told us that the day after.
23        Q.    If someone had thrown dynamite
24   into the area of the gas tanks, that could
25   have killed a lot of people?
```

E. Vargas

3      A.    But, the main part of the plant is

4   in the center of the plant, and it -- it

5   wouldn't get there.

6   BY MR. RABER:

7      Q.    But if people were able to get

8   into the plant and throw dynamite into the

9   area of the gas tanks, people could be

10  killed?


12     A.    Yes, but that did not happen.

13  BY MR. RABER:

14     Q.    Well, that's because there were

15  120 soldiers from your unit plus another

16  unit assigned to guard the gas plant?

17     A.    Yes.

18     Q.    Were you attacked by anyone that

19  night?

20     A.    No.

21     Q.    Did you or any of the soldiers

22  shoot at anyone that night?

23     A.    No.

24     Q.    The next day, on October 11th,

25  workers at the gas plant filled up the gas

```
 1                    E. Vargas

 2    tankers with gas?

 3         A.    They put the gas tanks into

 4    the trucks.

 5         Q.    And at about 6:00 or 7:00 p.m.

 6    that night, your unit left the gas plant

 7    in a large caravan and headed towards La

 8    Paz?

 9         A.    We got to my regiment.

10         Q.    And you went in a large caravan

11    that had your unit?

12         A.    Yes.

13         Q.    Military police from the Army

14    headquarters?

15         A.    Yes.  There were various units

16    from the Army.

17         Q.    And there were gas tankers

18    filled with gas?

19         A.    Yes.  There were also trucks

20    with potatoes, vegetables and meat.

21         Q.    And that's because the supplies

22    to La Paz had been cut off by blockades,

23    correct?

24         A.    Yes.

25         Q.    People in La Paz were running
```

```
1                    E. Vargas

2    out of food?

3         A.    That's what the instructors told

4    us.
```

```
8                    Where were you headed that

9    night?

10        A.    Towards our barracks, our

11   regiment.  That's where all the trucks

12   were coming to.

13        Q.    And on the way there, the

14   lieutenant said that, if something

15   unexpected happened, they would give you a

16   signal by honking the horn of the truck

17   three times?

18        A.    That was the order he gave.

19        Q.    You were supposed to get off the

20   truck when you heard the truck horn honk

21   three times?

22        A.    Yes.
```

E. Vargas

4      Q.    Your orders to shoot were in

5    case the course of events worsened?

6      A.    Yes.

7      Q.    It was dark, and you couldn't

8    see anything?

9      A.    Yes, because we were all covered

10   by the truck.

11     Q.    When you came to the Bolivia

12   Bridge that night, the caravan couldn't go

13   any farther?

14     A.    Yes.  Because the tanks and the

15   tractors that were ahead of us couldn't

16   move all the stones that were in front of

17   us and everything that was piled up.

18     Q.    And in addition to stones, the

19   road was blocked with shipping containers

20   and concrete blocks, correct?

21     A.    The containers were nearly at

22   La Ceja.

23     Q.    And that was what was blocking

24   the road?

25     A.    Yes.

E. Vargas

2      Q.      It was dark?

3      A.      Yes.

4      Q.      You were inside the truck?

5      A.      Yes.

6      Q.      You could see people running

7   around and throwing things?

8      A.      in the part of the truck, I was in the front part where there

9   was a view through which I had to see. And you could only see screaming and

10   firecrackers blowing. And the tank had a luminary.


12              THE INTERPRETER:  Okay.  Okay.

13      A.      And the front of the truck had

14   this light that showed all the front part

15   of the road.

E. Vargas

4      BY MR. RABER:

5           Q.    When you were in the truck, you

6      heard dynamite blasts and explosions,

7      correct?

12          A.    Dynamite blasts and -- or,

13     explosions, dynamite explosions and the

14     sounds of other blasts.

24     BY MR. RABER:

25          Q.    You could hear things hitting

```
1                    E. Vargas

2    the trucks, correct?

3         A.    Far away from the truck.

4         Q.    You smelled lots of gas?

5         A.    Teargas?
```

```
25              The road was blocked and the
```

```
1                    E. Vargas

2    caravan couldn't move, correct?

3         A.     Yes.

4         Q.     Would you agree that dynamite

5    and gas tankers full of gas are a

6    dangerous combination?


8         A.     Yes, but it did not happen.


10        Q.     What would have happened if some

11   dynamite had exploded in one of the

12   tankers full of gas?


14        A.     I don't know.

15   BY MR. RABER:

16        Q.     Well, you were hearing the

17   sounds of dynamite blasts and explosions

18   while you were sitting in the truck,

19   correct?

20        A.     Yeah.

21        Q.     And the soldiers returned fire

22   with rifles and teargas grenades, correct?

23        A.     The instructors.

24        Q.     And you were stuck at that

25   bridge for about a half an hour?
```

                    E. Vargas

2          A.    Yes.

20          Q.    Sir, if the roadblocks were not

21    cleared, there would be no gas -- the gas

22    tankers and trucks with food would not be

23    able to get down to La Paz?


25          A.    Yes.

E. Vargas

17      Q.    I just want to go back and ask

18   some questions about your encounter with

19   people at the Bolivia Bridge.

20            A group of people approached

21   your squad at the Bolivia Bridge?

22      A.    Yes.

23      Q.    Lieutenant Miranda threw two gas

24   cannisters at the group of people that was

25   approaching you?

```
1                    E. Vargas

2        A.    Yes.

3        Q.    But the people kept coming?

4        A.    Because the gas grenades dind't

5   blow up.

6        Q.    And because the gas grenades did

7   not blow up, the people kept coming at

8   you?

9        A.    Yes.

10       Q.    There was confusion?


12       A.    I don't know.  I could just hear

13   screaming and shouts.
```

E. Vargas

5      Q.    Lieutenant Miranda said that

6   campesinos were shooting and throwing

7   grenades at you?

8      A.    That's what he told us.

9      Q.    He said that the campesinos were

10   taking your munitions?

11      A.    It was only the two grenades

12   that didn't explode.

22      Q.    He said that the campesinos were

23   taking your munitions?

24      A.    That's what he said.

25      Q.    And that's when he ordered you

```
 1                  E. Vargas

 2   to shoot?

 3       A.    Yes.

 4       Q.    Now, you told us earlier that

 5   Lieutenant Miranda shot at you and other

 6   soldiers.  Do you remember that?

 7       A.    Yes.

 8       Q.    But in paragraph 35 of the

 9   statement you signed on December 15th,

10   2017, you didn't say that; did you?


12   BY MR. RABER:

13       Q.    Look at paragraph 35, please.

14   You said under oath that, "Lieutenant

15   Miranda gave us a dirty look and yelled at

16   us"?



19       A.    Yes, it was that, and --

20   BY MR. RABER:

21       Q.    And then you said that, "A gas

22   cannister blew up next to us on the rail"?

23       A.    That's -- so that's what he told

24   us then, but then we saw how he shot at

25   us.
```

```
 1                E. Vargas

 2        Q.    Well, you don't say anything

 3   about him shooting at you in paragraph 35

 4   of your earlier statement; do you?


 6        A.    Because, at that moment, they

 7   did not ask me that question.

 8   BY MR. RABER:

 9        Q.    Well, you were writing about

10   this event in paragraph 35; weren't you?

11        A.    Yes.




20        Q.    Would it be significant in

21   telling that story to say that your own

22   lieutenant was shooting at you?

23        A.    Yes.
```

E. Vargas

16        Q.    Sir, after that, your entire

17   squadron was sent to the Town of La Tranca

18   de Laja?

19        A.    Yes.  After that, we went to

20   live for about a week in La Tranca de Laja.

21        Q.    Your squad patrolled the area

22   for three or four days?

23        A.    Yes.

24        Q.    Were you attacked during those

```
1                 E. Vargas

2    patrols?

3         A.    No.

4         Q.    Did you or the soldiers shoot at

5    anyone during those patrols?

6         A.    No.

7         Q.    Sir, you saw roadblocks in El

8    Alto in October of 2003, correct?

9         A.    Yes.

10        Q.    And you saw containers in the La

11   Ceja area?

12        A.    Yes.

13        Q.    I'm going to show you a video,

14   and I'm going to ask you if this video

15   fairly and accurately shows what you saw

16   in El Alto in October 2003.
```

E. Vargas

5       Q.     Please answer my question.  My

6    simple question, did the video you just

7    saw fairly and accurately show the

8    blockades that you saw in the El Alto area

9    in October 2003?

10      A.     Yes.

11             MR. RABER:  We'll move that into

12        evidence.  For the record, it's

13        DEF004247.

14   BY MR. RABER:

15      Q.     Sir, did you meet with any

16   lawyers to prepare for your deposition

17   today?

18      A.     Since last year.

19      Q.     Have you met with -- we're in

20   Quito, Ecuador, right?

21      A.     Yes.

22      Q.     Have you met with any lawyers in

23   Quito, Ecuador to prepare for your

24   testimony today?

25      A.     Not to prepare.  I met up with

```
1                    E. Vargas

2    them, and they gave me some advice.

3        Q.    Okay.  What did they -- how many

4    lawyers did you meet up with?

5        A.    Six, six.

6        Q.    And what advice did those six

7    lawyers give you before your deposition

8    today?

9        A.    That I should be honest and tell

10   the truth about -- about what happened

11   that day.

12       Q.    Did you practice answering any

13   questions?

14       A.    No.

15       Q.    You sure about that?

16       A.    Yes.

17       Q.    You tried to get a visa to come

18   to the United States to testify in this

19   case, correct?

20       A.    Yes.

21       Q.    The lawyers for the plaintiffs

22   did the paperwork to try to help you get a

23   visa, correct?

24       A.    Yes.

25       Q.    The United States denied your
```

```
1                    E. Vargas

2    request for a visa?

3         A.    Yes.

4         Q.    What reasons were you given for

5    being denied permission to come to the

6    United States?

7         A.    I don't know.

8         Q.    How did you get from Bolivia to

9    Quito, Ecuador for today's deposition?

10        A.    The attorneys' office paid for

11   me to ride here.
```

E. Vargas

12        Q.    Mr. Aguilar, the court reporter

13   has put in front of you a document that

14   has been marked Exhibit 206.

15             Do you see that document?

16        A.    Yes.

17        Q.    What is that document?

18        A.    It's my passport.

19        Q.    Is Exhibit 206 a fair and

20   accurate representation of the pages in

21   your passport that show your photo,

22   info -- name and signature?

23        A.    Yes.

E. Vargas

6      Q.    Okay.  Mr. Aguilar, can you look

7   at Exhibit 207, the second page?

8      A.    Yes.

9      Q.    What is -- what is Exhibit 207?

10      A.    That is my passport, and it has

11   a seal from the Republic of Ecuador.

12      Q.    And on -- is Exhibit 207 a fair

13   and accurate representation of the page in

14   your passport that reflects the stamp

15   showing your entry into Ecuador?

16      A.    Yes.

17      Q.    Mr. Aguilar, I'm going to hand

18   you what I'm asking to be marked as

19   Exhibit 208.

20           (Exhibit P-208, Page of

21      Mr. Aguilar's passport with seal from

22      Bolivia, marked for identification.)

23   BY MR. SORKIN:

24      Q.    Mr. Aguilar, can you tell me

25   what Exhibit 208 is?

```
 1                E. Vargas

 2        A.    It's my passport, and it has a

 3   seal of the date on which I left Bolivia.

 4        Q.    Okay.  And is this a fair and

 5   accurate representation of your passport?

 6        A.    Yes.

 7             MR. SORKIN:   Okay.  I move the

 8        admission of Exhibits 204, 205, 206,

 9        207 and 208 into evidence.




14        Q.    Mr. Aguilar, is all of the information and

15   testimony you provided

16   today true and correct pursuant to penalty

17   of perjury under the laws of the United

18   States of America?




21        A.    Yes.
```

E. Vargas

11    Mr. Aguilar, did you ever give a

12    television interview where you talked

13    about what happened in Warisata?

14         A.    Yes.

15         Q.    Okay.  And during that

16    television interview, did you say the

17    following?  "Since the peasants had

18    weapons, they shot at us.  My lieutenant

19    threw himself.  He threw himself, and we

20    saw why.  Bullets were flying."


22    BY MR. RABER:

23         Q.    "We had nonlethal ones, and the

24    police ran away because they said we had

25    no more weapons, and they had no more

1                    E. Vargas

2      gas."  The police ran -- "The police ran

3      away, and the truck returned.  When the

4      peasants wanted to surround us, they took

5      my comrade who was already wounded with a

6      bullet bleeding all over"?

7                    Did you make that statement on a

8      television interview in Bolivia?

9          A.    It was in 2005, and it was a

10     means of communication.

11         Q.    And you made that statement?

12         A.    I don't remember.  Years have

13     passed.

14         Q.    You're unable to remember

15     whether you made that statement in a

16     television interview?

17         A.    In the means of communication that I appeared was the channel 11

18     in Red 1 of Bolivia with John Arandia. It was the whole show and they asked

19     me about everything. They even asked me about the "Impuestazo" conflict

20     between the police and the army.  That was my declaration.  That was my

21     statement.

```
1                   E. Vargas
2              THE VIDEOGRAPHER:  This
3         concludes the videotaped deposition of
4         Edwin Aguilar Vargas consisting of two
5         media video disks.  The time is 2:11
6         p.m.  We're going off the video
7         record.
8              [TIME NOTED:  1:24 p.m.]
```