UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22459-CIV-COHN
CASE NO. 08-21063-CIV-COHN

ELOY ROJAS MAMANI, et al.,

    Plaintiffs,

v.

JOSÉ CARLOS SÁNCHEZ BERZAÍN,

    Defendant in No. 07-22459.

GONZALO DANIEL SÁNCHEZ DE
LOZADA SÁNCHEZ BUSTAMANTE,

    Defendant in No. 08-21063.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** is before the Court following its Order Denying Defendants' Motion for Judgment as a Matter of Law and Motion for a New Trial [DE 553 in Case No. 07-22459; DE 531 in Case No. 08-21063.]  Accordingly, it is

**ORDERED and ADJUDGED** that Judgment is entered on the jury verdict on Plaintiffs' TVPA claims as follows:

    1.    Judgment is hereby entered in favor of Plaintiff Eloy Rojas Mamani and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $1,000,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

    2.    Judgment is hereby entered in favor of Plaintiff Etelvina Ramos Mamani and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and

José Carlos Sánchez Berzaín, jointly and severally, in the amount of $1,500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

      3.      Judgment is hereby entered in favor of Plaintiff Sonia Espejo Villalobos and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

      4.      Judgment is hereby entered in favor of Plaintiff Hernán Apaza Cutipa and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $1,500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

      5.      Judgment is hereby entered in favor of Plaintiff Teófilo Baltazar Cerro and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $2,500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

      6.      Judgment is hereby entered in favor of Plaintiff Juana Valencia de Carvajal and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $1,500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

7.    Judgment is hereby entered in favor of Plaintiff Hermógenes Bernabé Callizaya and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

8.    Judgment is hereby entered in favor of Plaintiff Gonzalo Mamani Aguilar and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

9.    Judgment is hereby entered in favor of Plaintiff Felicidad Rosa Huanca Quispe and against Defendants Gonzalo Daniel Sánchez de Lozada Sánchez Bustamante and José Carlos Sánchez Berzaín, jointly and severally, in the amount of $500,000.00, plus post-judgment interest at the rate of .07 percent per annum, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of April, 2021.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF